UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN BECKMAN ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 03-12567-NG |
| ) | |
| BULL HN INFORMATION ) | |
| SYSTEMS INC. ) | |

**AFFIDAVIT OF KELLY S. BLACK-HOLMES IN SUPPORT OF
DEFENDANT BULL HN INFORMATION SYSTEMS INC.'S MOTION TO DISMISS**

I, Kelly S. Black-Holmes, hereby depose and state as follows, based on my personal knowledge:

1. I am an associate at Hale and Dorr LLP. I am involved in Hale and Dorr's representation of the defendant, Bull HN Information Systems Inc. ("Bull HN"), in the above-referenced matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by plaintiff Stephen Beckman ("Beckman") with the Massachusetts Commission Against Discrimination ("MCAD") on June 26, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of Stephen Beckman's Request to Withdraw Complaint, dated January 5, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of the MCAD's Notice of Dismissal, dated January 6, 2004.

BOSTON 1822518v1

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 23rd day of January, 2004.

/s/ Kelly S. Black-Holmes
Kelly S. Black-Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2004, I caused a true and accurate copy of the above document to be served either by electronic transmission or by hand upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Saniford Street, Boston, MA 02108.

/s/ Kelly S. Black-Holmes
Kelly S. Black-Holmes

BOSTON 1822518v1