# Exhibit B

To: Denise L. Page, Esq.
Barron & Stadfeld, P.C.
50 Staniford Street, Suite 200
Boston, MA 02114-2505

Fr: Robin Edwards, Administrative Assistant
Massachusetts Commission Against Discrimination
One Ashburton Place
Boston, MA 02108
(617) 994-6041

Re: Stephen Beckman Vs. Bull HN Information Systems, Inc.
MCAD No:   03BEM01662
EEOC No:   16CA301990

Dear Commissioner:

I hereby request permission to withdraw my complaint filed with this Commission for the following reason:

(XX)   I wish to file a private right of action in civil court.

( )   I have reached a satisfactory settlement with the Respondent.

( )   I no longer intend to pursue this matter at the Commission.

If applicable, I also wish to withdraw this complaint from the Equal Employment Opportunity Commission.

I have been advised that it is unlawful for any person or persons to threaten, intimidate, or harass me because I filed a complaint. I have not been coerced into requesting this withdrawal.

1/5/04
Date

[signature]
Complainant's signature or
Signature of attorney

*Please fill out this form and return it to your Attorney Investigator via fax (617) 994-6024. Failure to submit this information may result in the case remaining open at the MCAD and/or EEOC.*

Withdrawal Form MCAD -AAU