# Exhibit C

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

*1/6/04*

Date Issued: 1/6/2004

Denise L. Page, Esq.
Barron & Stadfeld, P.C.
50 Staniford Street, Suite 200
Boston, MA 02114-2505

Re:  **Complainant(s)**   Stephen Beckman

Vs.

**Respondent(s)**   Bull HN Information Systems, Inc.

MCAD Docket Number: 03BEM01662
EEOC/HUD Charge Number: 16CA301990

Dear Counsel:

The Commission has received notice that a civil action is being filed in *Superior Court* in the above-referenced matter. Pursuant to M.G.L.A. 151B, Section 9 (Chapter 478 of the Acts of 1974), the complaint before the Commission is hereby dismissed without prejudice as to the merits.

**Please be advised that pursuant to 804 CMR 1.15(2), the parties are required to serve upon the Commission's General Counsel a copy of any final order obtained in court. In addition, any party filing an appeal of such final order is required to serve a notice of appeal upon the Commission's General Counsel.**

Please be advised the Complainant is barred from subsequently bring a complaint on the same matter before this Commission.

Very truly yours,

Walter J. Sullivan Jr.
Commissioner

Cc:

Kelly S. Black-Holmes, Esq.
Hale and Dorr, LLP
60 State Street
Boston, MA 02109

HALE AND DORR LLP
FILE COPY

THE COMMONWEALTH OF MASSACHUSETTS
# COMMISSION AGAINST DISCRIMINATION
ONE ASHBURTON PLACE
BOSTON, MA 02108-1518

Tel: (617) 994-6000    TTY: (617) 994-6196    Fax: (617) 994-6024

TO: File
FR: Robin Edwards
RE: Stephen Beckman v. Bull HN Information Systems, Inc.
MCAD #: 03BEM01662
EEOC #: 16CA301990 (20+ employees)
DATE: January 6, 2004

## RECOMMENDATION: CASE CLOSURE – WITHDRAWN IN ORDER TO FILE A PRIVATE RIGHT OF ACTION ON THE SAME MATTER IN CIVIL COURT

On June 26, 2003 Complainant filed a complaint with the Massachusetts Commission Against Discrimination. Complainant alleged Respondents discriminated against him on or around January 27, 2003 on the basis of Age (d.o.b. 7/8/1937) in violation of M.G.L. c.151B§4 (1B) ADEA and Title VII.

On January 5, 2004 Complainant's Counsel submitted a request to withdraw the complaint from the MCAD and EEOC in order to pursue the matter as a private right of action in civil court.

The Commission finds no reason to investigate this matter further. Therefore, it is recommended that Complainant be allowed to withdraw this complaint.

Robin Edwards
Administrative Assistant
MCAD, AAU