UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BECKMAN )<br>)<br>v. )<br>)<br>BULL HN INFORMATION )<br>SYSTEMS INC. )<br>) | CIVIL ACTION NO.: 03-12567-NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Bull HN Information Systems Inc. ("Bull HN") states that 100% of its stock is owned by its parent corporation, Bull Data Systems Inc. Bull Data Systems Inc. is a 100% owned subsidiary of Bull.

Respectfully submitted,

BULL HN INFORMATION SYSTEMS INC.

By its attorneys,

/s/ Kelly S. Black-Holmes
Joan A. Lukey (BBO #307340)
Kelly S. Black-Holmes (BBO# 650461)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: January 23, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2004, I caused a true and accurate copy of the above document to be served either by electronic transmission or by hand upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Staniford Street, Boston, MA 02108.

/s/ Kelly S. Black-Holmes
Kelly S. Black-Holmes, Esq.