UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **STEPHEN BECKMAN,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 03-12567-NG |
| **BULL HN INFORMATION SYSTEMS INC.**, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of Kelly S. Black-Holmes on behalf of the defendant in the above-captioned case.

    Respectfully submitted,

    BULL HN INFORMATION SYSTEMS INC.

    By its attorneys,

    /s/ Kelly S. Black-Holmes _____
    Joan A. Lukey (BBO #307340)
    Kelly S. Black-Holmes (BBO# 650461)
    Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts  02109
    (617) 526-6000

Dated:  February 4, 2004

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 4, 2004, I caused a true and accurate copy of the above document to be served either by electronic transmission or by hand upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Staniford Street, Boston, MA 02108.

                                       /s/ Kelly S. Black-Holmes
                                       Kelly S. Black-Holmes