UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **STEPHEN BECKMAN,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 03-12567-NG |
| **BULL HN INFORMATION SYSTEMS INC.,** | ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of Joan A. Lukey on behalf of the defendant in the above-captioned case.

        Respectfully submitted,

        BULL HN INFORMATION SYSTEMS INC.

        By its attorneys,

        /s/ Joan A. Lukey_____
        Joan A. Lukey (BBO #307340)
        Kelly S. Black-Holmes (BBO# 650461)
        Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated: February 4, 2004

BOSTON 1845071v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2004, I caused a true and accurate copy of the above document to be served either by electronic transmission or by hand upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Staniford Street, Boston, MA 02108.

                                              /s/ Joan A. Lukey
                                              Joan A. Lukey

BOSTON 1845071v1