AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Stephen Beckman

V.

SUMMONS IN A CIVIL CASE

Bull HN Information Systems, Inc.

CASE NUMBER: 03-12567NG

TO: (Name and address of Defendant)

Bull HN Information Systems, Inc.
300 Concord Road, Billerica, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Denise L. Page, 50 Staniford Steet, Suite 200, Boston, MA 02114

an answer to the complaint which is served on you with this summons, within **twenty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY

December 19, 2003

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 20, 2004

I hereby certify and return that on 1/7/2004 at 10:30AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JUDITH GEARTY, agent, person in charge at the time of service for BULL HN INFORMATION SYSTEMS, INC., at , 300 CONCORD Road, BILLERICA, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

George A. Hooper
_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.