# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *    Civil Action No. 03-12567NG
                                              *
STEPHEN BECKMAN,                              *
     Plaintiff,                               *
                                              *
                                              *
v.                                            *
                                              *
                                              *
BULL HN INFORMATION SYSTEMS, INC.             *
     Defendant                                *
                                              *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Steven Beckman, Plaintiff in the above referenced matter, hereby requests that this Court allow additional time within which to file an Opposition to the Defendant's Motion to Dismiss. The grounds for this opposition are as follows.

1. Plaintiff, Steven Beckman filed his complaint for age discrimination and violation of the ADEA and ERISA on December 19, 2003.

2. Defendant, Bull, HN Information Systems, Inc., filed a Motion to Dismiss with the Court on January 23, 2004.

3. The Plaintiff was served with the Defendant's Motion to Dismiss at 6:01 on January 23, 2004, but was not aware of the Defendant's Motion to Dismiss until Monday, January 26, 2004.

4. The Plaintiff requires additional time within which to file an Opposition to the Defendant's Motion to Dismiss.

5. The Defendant has assented to allowing the Plaintiff an additional seven (7) days within which to file an Opposition to the Defendant's Motion to Dismiss.

WHEREFORE, the Plaintiff respectfully requests that this Court allow his Motion to Extend Time Within Which to File an Opposition to the Defendant's Motion to Dismiss up to and including Friday, February 13, 2004.

Respectfully submitted,
Stephen Beckman
By His Attorneys

_____
Denise L. Page BBO #119415
Nancie L. Edgren BBO # 648665
BARRON & STADFELD, P.C.
50 Staniford Street
Boston, MA 02108
(617)723-9800

Date: January __, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party to this action by mail (by hand) on _____