UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BECKMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BULL HN INFORMATION SYSTEMS INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 03-12567-NG |

**BULL HN INFORMATION SYSTEMS INC.'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Defendant, Bull HN Information Systems Inc. ("Bull HN") hereby requests that the Court issue an order granting it a one week extension of time, until March 22, 2004, to file its answer Stephen Beckman's ("Beckman") Complaint.

In support of this Motion, Bull HN states that on March 5, 2004, this Court granted in part and denied in part Bull HN's Motion to Dismiss Beckman's Complaint. Specifically, the motion to dismiss was granted as to Counts I and III of the Complaint and denied as to Counts II and IV of the Complaint. To now answer the remaining allegations of the Complaint, Bull HN requires an additional week of time.

In further support of this Motion, Bull HN states that the parties have conferred and the plaintiff's counsel has consented to the proposed extension.

Wherefore, Bull HN respectfully requests that the Court (with the consent of the plaintiff's counsel) grant an enlargement of time until and including March 22, 2004, by which Bull HN must file its answer.

        Respectfully submitted,

        BULL HN INFORMATION SYSTEMS INC.

        By its attorneys,

        /s/ Kelly S. Black-Holmes_____
        Joan A. Lukey (BBO #307340)
        Kelly S. Black-Holmes (BBO# 650461)
        Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts  02109
        (617) 526-6000

Dated:  March 12, 2004

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2004, I caused a true and accurate copy of the above document to be served either by electronic transmission or by hand upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Saniford Street, Boston, MA 02108.

                                                /s/ Kelly S. Black-Holmes_____
                                                Kelly S. Black-Holmes