UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BECKMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-12567-NG |
| ) | |
| v. ) | |
| ) | |
| BULL HN INFORMATION SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF NAME CHANGE

Effective May 31, 2004 Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. Our address remains the same. My email address has changed to joan.lukey@wilmerhale.com.

BULL HN INFORMATION SYSTEMS
INC.
By its attorneys,


/s/ Joan A. Lukey
Joan A. Lukey, BBO# 307340
Kelly Black-Holmes, BBO #650461
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June   , 2004