UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



```
*****************************        Civil Action No. 03-12567NG
                                *
                                *
                                *
STEPHEN BECKMAN,                *
      Plaintiff,                *
                                *
                                *
                                *
v.                              *
                                *
                                *
                                *
BULL HN INFORMATION SYSTEMS, INC. *
      Defendant                 *
                                *
                                *
*****************************
```

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S ATTORNEYS**

Please take notice that effective June 28, 2004 the law firm of Barron & Stadfeld, P.C.'s new mailing address is as follows:

BARRON & STADFELD, P.C.
100 Cambridge Street
Suite 1310
Boston, MA  02114

The telephone number, 617-723-9800 and facsimile, 617-523-8359 will remain the same.

The Plaintiff,
By his attorneys,
BARRON & STADFELD, P.C.

_____
Denise L. Page, BBO#119415
Nancie L. Edgren, BBO#648665
50 Staniford Street, Suite 200
Boston, MA  02114
(617) 723-9800

Dated: June 17, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party to this action by (mail) (by hand) on _____.