## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
STEPHEN BECKMAN,                        )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )          Civil Action No. 03-12567-NG
                                        )
BULL HN INFORMATION                     )
SYSTEMS INC.,                           )
                                        )
                    Defendant.          )
_____)

### JOINT MOTION TO APPROVE STIPULATION AND PROTECTIVE ORDER

The parties to the above-captioned litigation, Plaintiff Stephen Beckman ("Beckman")

and Defendant Bull HN Information System Inc. ("Bull HN"), hereby request that the Court

approve and enter as an Order the Stipulation and Protective Order Regarding Personnel Files

and Workforce Data of Bull HN Information Systems Inc.  As grounds therefore, the parties state

that discovery in this case may include the exchange of confidential personnel documents and

workforce data.  In order to protect the confidentiality of such information, the parties have

entered into the attached Stipulation and Protective Order (Exhibit 1).

STEPHEN BECKMAN,                         BULL HN INFORMATION SYSTEMS INC.,


By his attorney,                         By its attorneys,


 _/s/ Nancie L. Edgren_____                _/s/ Kelly S. Black-Holmes_____
Denise L. Page (BBO#119415)              Joan A. Lukey (BBO# 307340)
Nancie L. Edgren (BBO#648665)            Kelly S. Black-Holmes (BBO#650461)
Barron & Stadfeld PC                     Wilmer Cutler Pickering Hale and Dorr LLP
100 Cambridge Street, Suite 1310         60 State Street
Boston, Massachusetts  02114             Boston, Massachusetts  02109
Telephone:  (617) 723-9800               Telephone:  (617) 526-6000
Facsimile:  (617) 523-8359               Facsimile:  (617) 526-5000


Dated:  January 18, 2005

US1DOCS 4910138v1