**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| STEPHEN BECKMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12567-NG |
| BULL HN INFORMATION SYSTEMS INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Bull HN Information System Inc. ("Bull HN") respectfully requests that the Status Conference currently scheduled for February 8, 2005 be continued to a later date. As reason therefore, Bull HN states that its lead counsel, Joan A. Lukey, is currently lead counsel in an ongoing trial that is not scheduled to finish prior to February 10, 2004.

Plaintiff Stephen Beckman ("Beckman") has assented to this motion. In addition, counsel for both parties have conferred and determined that they are available for the Status Conference on February 15, 16, 17, 18, 21, 22, 24, and 25, 2005, should one of those dates be convenient for the Court.

-2-

                    RESPECTFULLY SUBMITTED,

                    BULL HN INFORMATION SYSTEMS INC.,

                    By its attorneys,

                    _/s/ Kelly S. Black-Holmes_____
                    Joan A. Lukey (BBO# 307340)
                    Kelly S. Black-Holmes (BBO#650461)
                    Wilmer Cutler Pickering Hale and Dorr LLP
                    60 State Street
                    Boston, Massachusetts  02109
                    Telephone:  (617) 526-6000
                    Facsimile:  (617) 526-5000

Dated:  January 31, 2005

-2-