UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN BECKMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12567-NG |
| BULL HN INFORMATION SYSTEMS INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED TO MOTION TO RESCHEDULE STATUS CONFERENCE**

Defendant Bull HN Information System Inc. ("Bull HN") respectfully requests that the Status Conference currently scheduled for March 2, 2005 be rescheduled to February 25, March 7 or March 9, 2005. As reason therefore, Bull HN states that its lead counsel, Joan A. Lukey, is having scheduling difficulties due to an ongoing trial and travel commitments. Bull HN further states that counsel for both parties have conferred and agreed that that they can be available for the status conference on these three dates.

Plaintiff Stephen Beckman ("Beckman") has assented to this motion.

RESPECTFULLY SUBMITTED,

BULL HN INFORMATION SYSTEMS INC.,

By its attorneys,

  /s/ Kelly S. Black-Holmes_____
Joan A. Lukey (BBO# 307340)
Kelly S. Black-Holmes (BBO#650461)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Dated: February 14, 2005

-2-

-2-

US1DOCS 4969147v1