# EXHIBIT A

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
STEPHEN BECKMAN,                   *
     Plaintiff                     *
                                   *
VS.                                *  CIVIL ACTION
                                   *  NO. 03-cv-12567
BULL HN INFORMATION SYSTEM, INC.,  *
     Defendant                     *
* * * * * * * * * * * * * * * * * *
```

**DEPOSITION OF STEPHEN BECKMAN**, called by the Defendant, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before Ruth E. Hulke, Certified Shorthand Reporter No. 114893 and Notary Public for the Commonwealth of Massachusetts, at Wilmer, Cutler, Pickering, Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts, on Thursday, December 16, 2004, commencing at 12:00 p.m.

## Leavitt Reporting, Inc.

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@att.net

Hearings ♦ Conferences ♦ Legal Proceedings

1  Q. Why did you leave A. A. Watchman?
2  A. I got bored with public accounting.
3  Q. Do you remember where you next went from A. A.
4  Watchman?
5  A. I think it was Honeywell which is now Bull or
6  whatever you want to call it.
7  Q. So you went to the entity then known as
8  Honeywell?
9  A. Yeah.
10 Q. In what capacity?
11 A. Probably an entry level accountant.
12 Q. Now, before I take you through your employment
13 history with Honeywell and Bull, let me just ask you
14 this, sir. Were you ever terminated from any of your
15 employers --
16 A. No.
17 Q. -- before Honeywell?
18 A. No.
19 Q. Did you ever bring a claim against any employer
20 before this claim against Bull?
21 A. No.
22 Q. Have you ever testified in a deposition before,
23 sir?

1  your work was as an accountant for that?
2     A.   Shipment.
3     Q.   What did you do with regard to shipments?
4     A.   Costed out the total value of the computer
5  equipment going out the door and booked the inventory
6  relief.
7     Q.   Did you have any other responsibilities?
8     A.   No.  That was full time.
9     Q.   Was there a particular product or product line
10 that you were working with?
11    A.   All.  Whatever product line they had at that
12 point in time.
13    Q.   Do you recall whether you received any
14 promotions while at Honeywell?
15    A.   Yes.
16    Q.   Into what position?
17    A.   Became the supervisor of shipments, which was
18 called, I think, equipment control, but I'm not sure.
19    Q.   Was that still in Brighton?
20    A.   Yes, it was.
21    Q.   What year?
22    A.   You know, 28 years, you just can't remember.
23 Then I became the supervisor.

1   Q.   Did you have any promotions after becoming the
2   supervisor of shipments?
3   A.   I became a supervisor in Framingham.
4   Q.   Was this while it was still Honeywell?
5   A.   They had bought this company. And I had to go
6   over there and set up the shipment system there.
7   Q.   Were you still doing the same job
8   responsibilities --
9   A.   Basically.
10  Q.   -- as you described? So you were still costing
11  the value of computer equipment and booking inventory
12  relief?
13  A.   Yes.
14  Q.   Anything else?
15  A.   Inventories.
16  Q.   Were you promoted at any other time while it
17  was still Honeywell?
18  A.   I think after that, sometime in between those
19  two I may have been promoted -- I can't remember. All I
20  know is I worked for purchasing for a while. I became
21  their accountant, and we set up commodity controls which
22  was assigning each part a different commodity code, and
23  we developed that system. And I was the link between

LEAVITT REPORTING, INC.

1  purchasing and accounting setting standards, and that
2  lasted for a while.  I can't remember the time frame when
3  it was in there.  Then I think from Framingham I went to,
4  I think I went back to Brighton, and I had shipments and
5  labor, I was doing labor there.  Then I went to
6  Billerica, and now it was basically staff type person,
7  not supervisor.
8       Q.    In what area?
9       A.    Different level.  It became long-range plans.
10 First it was cost estimate.  Then we did, I went into the
11 long-range plans, and I stayed at that for quite a while.
12 Then eventually I was asked to go up to Lawrence and
13 handle the shipments and a new system they were
14 designing, MINX.
15      Q.    By that time was it Bull as opposed to
16 Honeywell?
17      A.    Oh, yeah.  Yeah.
18      Q.    Do you have a recollection of when that
19 transition occurred?
20      A.    They did so many things.  I mean, they bought
21 up different companies.  They bought up GE, computers,
22 and I can't remember whether that was part -- No, I think
23 it was still Honeywell at that time.  Then --

1          MS. EDGREN:  She just asked if you remember at
2    what point.
3          A.   I don't remember the dates.
4          Q.   Basically, once Bull acquired Honeywell, did
5    you just continue in your same capacity with the new
6    employer?
7          A.   Yeah.  It was just a different name.
8          Q.   With regard to the positions that you held at
9    Honeywell and then at Bull, were they all in the
10   accounting field?
11         A.   Yes.
12         Q.   You have no engineering background, do you?
13         A.   No.
14         Q.   Now, I think the last position you had taken us
15   up to was the position in Lawrence dealing with shipments
16   and the MINX system.  Do you have a memory of when you
17   first went to Lawrence?
18         A.   Somewhere after '92.
19         Q.   Did you remain at Lawrence until your layoff?
20         A.   Yes.
21         Q.   Do you recall what your job title was at
22   Lawrence?
23         A.   No.