# EXHIBIT E

PLEASE ROUTE & POST
THE WEEK OF JUNE 20, 1994

| 20 Monday | 21 Tuesday | 22 Wednesday | 23 Thursday | 24 Friday | 25 Sat / 26 Sun |
|---|---|---|---|---|---|
| | | | | | |


# BULL

BY THE WEEK VOL. 4 NO. 24


# $1.7M License Testing Sale puts Integris/ Bull in driver's seat at Virginia DMV

***Greater functionality, DMV experience beats out determined competitors***

Bull sales rep Ed Mrozek, working with Integris' Stan Augevich, chalked up another win for the Automated Drivers License Testing System (ADLTS) with their signing of the Commonwealth of Virginia to a recently completed $1.7 million contract to automate 24 of the state's Department of Motor Vehicle (DMV) offices.

The system, which should be fully installed and operational by early December, will allow state residents to walk into DMV centers equipped with touch-screen terminals, input background data, and take their

(Continued to page 6) ▶

# GCOS 6 Engineering in Boston will be phased out as of the end of the year

***• About 160 people will be affected, mostly in Open Systems & Software Division (OSSD); different groups will close out in stages over the rest of the year***
***• As planned, GCOS 6 product line winding down—company negotiating third-party agreements to provide any necessary GCOS 6 support in '95 as customers migrate to other platforms***
***• Other OSSD engineering groups, outside of GCOS 6, will also be affected***

*By Steve Puleo*

As further evidence of the dramatically changing face of the company, Bull will phase out its Boston-area GOCS 6 R&D operation at the end of the year, as the product line winds down and customers migrate to other platform.

About 160 engineering employees will be affected by the move, most of them in the Open Systems & Software Division (OSSD) in Billerica, which is headed up from Paris by Alain Couder.

While the bulk of the people affected will be in GCOS 6 areas, other OSSD engineering operations will also be affected.

This decision does not affect the GCOS 8 operations in Phoenix.

The Billerica engineering operation will be phased out in stages, with the first groups being informed as early as the end of June, according to Bob Fowler, director of U.S.

(Continued to page 2) ▶

## WHAT'S INSIDE


THE PITBULL—ADVERTISING MORE IN LOUISVILLE PAGE 3

IDC RANKING OF PC VENDORS—ZDS SOARS PAGE 3

PHOENIX TAKES PART IN ARIZONA SPECIAL OLYMPICS PAGE 4

NEWMAN DRUG SAYS YES TO BULL PAGE 5

FLOWERS FOR A SERVICE ENGINEER PAGE 5






### ▶ Boston GCOS 6

*(Continued from page 1)*

Migration and Support. Other groups will be phased out toward the end of the year. Certain operations may be moved to other groups. The company has been planning to "end-game" the GCOS 6 product line, which no longer produces much new sales revenue in the U.S., and migrate customers to other platforms.

The majority of employees are located in the Concord Road building, which the company is attempting to sell—and at least will "mothball" by the end of the year if the property has not been sold yet.

Fowler said the company is in the midst of negotiations with third-party vendors to provide necessary maintenance into 1995 on GCOS 6 software, support the HVX product, and provide customer support on GCOS 6, some of the functions now performed by Boston engineering groups.

"The decision by the company was that it didn't make economic or strategic sense to have a Boston engineering operation to support GCOS 6," Fowler said. "It's a worldwide product that doesn't generate a lot of new sales revenue in the U.S., plus it's winding down. We have other paths for customers to move to, but looking at the future, the company feels there won't be a need to hold onto an engineering operation in this part of the country."

Bull CEO in North America, Axel Leblois, said: "Many talented people in the Boston engineering organization have contributed a great deal to the company over the years. It is my hope that they can redeploy their talents in a meaningful way, and the company will help them any way it can."

Fowler said more specific information would be forthcoming to R&D employees in Boston over the next few weeks. *BBTW* will keep you posted. ■

# Company plans to revitalize MVP Club this year—U.S. Sales, CSO, Integris all participating

***• This year's club will be extended beyond sales people to technical support and other support people who have hand in customer successes***
***• To find out about this year's event, you'll have to solve the mystery puzzle***

The MVP Club is back, but it promises to be a real puzzle.

Say what?

Well, the good news is that after a one-year scaled down reward system due to difficult business conditions, the company this year plans to re-implement an enhanced MVP Club for outstanding sales achievement—with U.S. Sales, CSO, and Integris all participating.

The puzzling news is: employees won't know what the event is this year until they solve clues and complete a mystery puzzle that will be part of the MVP promotion for 1994. It promises to be something a little different and a good deal of fun.

Another big difference this year: While achieving sales goals will be one major criterion for membership in MVP, participation will be extended this year to include technical support people and other support people who have contributed to customer successes and sales campaigns. Exactly who will be included is still being defined.

"Last year we decided not to have the MVP Club because we didn't meet our company objectives," said CEO Axel Leblois. "We hope to meet our objectives this year, and if we meet our business goals, we plan to revitalize the MVP to reward outstanding achievement."

Lines-of-business executives Pat Mansfield (U.S. Sales), Dick Suech (CSO), and Steve Adler (Integris) all agreed to support the MVP program as a reward for excellence in performance.

Regular communications are being planned to sales and support people within the three organizations, according to Gail Burns of U.S. Sales, who is managing the effort. These will take place later in the summer and throughout the fall months.

By now, you must be dying to know what the MVP Club event will be.

Sorry, to learn that, you'll have to solve the puzzle.

How?

With the first communication sales and support people receive—which will be in July—they will also receive a puzzle piece and a clue. With each succeeding communication, there will be included a puzzle piece and an additional clue.

The final puzzle piece and clue will arrive sometime around November, but take heart—you'll have the mystery solved well before then...maybe. The goal isn't to make the clues too hard—just fun.

Look for MVP updates in future issues of *BBTW*, as well as regular communications. ■

## INTEGRIS MOVING TO TECH PARK HEADQUARTERS ON FRIDAY

As part of the company's vacating of the Concord Road building, Integris is scheduled to move into the Tech Park headquarters building on Friday, June 24.

The new mail station will be MA02/113N. The Fax for all Integris employees is 294-7901. ■

# How the IDC rankings look for PC vendors

**Editor's note:** In last week's *BBTW*, we reported that industry analyst International Data Corporation (IDC) ranked Zenith Data Systems 9th in its current report on 1993 U.S. PC Shipments by the Top 15 vendors. In 1992, ZDS was ranked in 17th position. IDC's report noted that vendors making "notable gains" in 1993 included Packard Bell, AST, and ZDS. Only Compaq and AST showed a greater percentage of growth than ZDS, and ZDS showed the greatest jump in places, from 17th to 9th. The report attributed ZDS's substantial growth to a "revitalized notebook line and the award of the massive Desktop IV contract for PCs by the U.S. Air Force.

Here is how the IDC rankings chart looked

## IDC Survey of PC Sales—1993 v. 1992

| COMPANY | % OF GROWTH | RANKINGS '93 | '92 |
|---|---|---|---|
| 1. APPLE | 34.2% | 1 | 1 |
| 2. IBM | 44.8% | 2 | 2 |
| 3. COMPAQ | 114.3% | 3 | 3 |
| 4. PACKARD BELL | 63% | 4 | 4 |
| 5. DELL | 75% | 5 | 5 |
| 6. GATEWAY | 55.8% | 6 | 6 |
| 7. AST | 94.1% | 7 | 8 |
| 8. TOSHIBA | 46.1% | 8 | 9 |
| 9. ZDS | 88.8% | 9 | 17 |
| 10. ACER | 47.9% | 10 | 14 |

*Source: IDC Q4 1993 Review/1994 Outlook, U.S. growth rates*



***A summary of work being done by self-directed work teams in the Customer Services Organization***

***Editor's Note:** From time to time, BBTW will publish The PITBULL, a column that will focus on issues being tackled by self-directed work teams (SDWT) in CSO. This column takes a look on some decisions made by the team in Louisville, Kentucky.*

# Louisville, Kentucky team wants to more aggressively advertise MVS services

CSO's Louisville, Kentucky self-directed work team formed quickly. The team consists of a software specialist, two large systems engineers, and three medium/small systems engineers (all members have completed their A+ certification).

The one big issue facing the team—its MVS sales goal.

The team determined that one of the reasons for the poor performance in MVS sales was that Bull is not well known in the MVS marketplace. The team tried flyers to advertise its services throughout the Bull traditional base in Louisville—with minimal results. The team also looked at PC newspapers in the area, but determined that they did not cover the MVS business.

Next, the team looked at Bull advertising in the Yellow Pages, which consists only of a name and phone number. Competitors, on the other hand, have advertising that lists the services they provide and equipment they cover. The CSO team, believing that attracting new customers is the only way to make MVS goals, is going to determine whether expanded Yellow Pages advertising is cost-effective for them. If so, they will determine how to pay for this.

The Kentucky team believes that its success depends on advertising its skills and capabilities, and plans to tackle this issue head-on. ■

# Zenith Data Systems appoints Querze VP; will head PC product line for Bull NA

Dino Querze has joined Zenith Data Systems as vice president, Bull North American Channel. He will report to Cliff Jenks, executive vice president of North American Sales and Marketing, and will be based at Tech Park in Billerica.

Querze's will be responsible for program and business development to further expand the PC business within the Bull base. He will work closely with the North America (NA) sales team, and will also serve on the staff of CEO Axel LeBlois.

Prior to joining ZDS, Querze was co-founder and vice president of Sales and Marketing for 19 years with Corporate Network Services, a Stamford, Connecticut systems integrator that focuses on networking, client-server solutions, and electronic imaging. Previously, Querze was with IBM for 10 years where he held market planning, sales, and sales management positions.

Querze holds a bachelor of science in industrial engineering/operations research from the University of Massachusetts. ■

# Nominations will be accepted as of next week for Diversity Award

***Look for nomination forms in next week's BBTW***

Bull's Diversity network will begin next week accepting awards for the company's third annual Diversity Award.

The award will be given to an employee or team who has helped stress the importance of diversity at Bull by promoting and broadening diversity awareness.

All Bull employees in the U.S. (NA/P, Bull Electronics, R&D) are eligible for the award, either as an individual contributor, manager, member of a department, or a member of a cross-functional team.

Nomination forms will be available in BBTW next week, and nominations will be accepted by the Diversity Network up until July 29.

The winner will receive a kaleidoscope (symbolizing diversity) and a $500 donation to the charity of his or her choice. Like last year, the award will be presented at the annual softball game between the U.S. management team and the Diversity Network. This year's game is scheduled for September 9.

Prior winners were Steve McLean from Boston R&D and Nancy DiGrezio for Bull Electronics. ■

## 1993 BULL ANNUAL REPORTS NOW AVAILABLE

THE 1993 BULL ANNUAL REPORTS ARE NOW AVAILABLE. YOU MAY ORDER THEM THROUGH THE PUBLICATIONS DISTRIBUTION CENTER (BULL EXPRESS) AND THE ORDER # IS HW01-06. ■

# Bull Phoenix helps sponsor Arizona Special Olympics





Bull's Phoenix operation sponsored the High Jump event last month at the Arizona Special Olympics, Summer games. The Employee Community Service Fund provided the financial support, and several employees volunteered their time and expertise during the Games. Two volunteers, for example, Ray Davis and Bud Stinnett, are experienced high jump coaches, bringing valuable expertise to Bull's contribution. This year's event was especially exciting—the shortest contestant won the event, exceeding his personal best (and nearly his height) by four inches. In these photos, Ray Davis instructs contestants, and the contestants and the Bull team pose for pictures afterwards. The group photo consists of (front row, left to right): Priscilla Meier (contestant); Tommy Benge; Rudolpho Sanchez (contestant); Larnell Waggoner (contestant) and Joe Cooke (contestant). In the back row (left to right) are: Rebecca Meier, Bud Stinnett, Leigh Wales, Doug Benge, Steve Wales, Ray Davis, and Jack Piercy. Volunteer Jeff Kurtzman took this picture. ■

# Newman Wholesale Drug Co. signs for new DPX/20s for $170K

***A hardware problem resolved, and a systems upgrade, save account at billion-dollar pharmaceutical wholesaler***

A hiccup in Newman Wholesale Drug Company's DPX/20s wound up giving Bull account people a case of nervous jitters when the New Jersey firm threatened to switch to IBM AS400s.

The two UNIX systems are used for order entry and inventory control, says account exec Rick Ratajczak, and were supposed to be high availability systems with mirroring technology for one system to back up the other — if things had only gone according to plan.

"They were threatening to walk, but we found the hardware problem and responded in a timely fashion," recounts Ratajczak of a scramble to save face at the $1.2 billion New Jersey firm that included the invaluable help of Tom Kent. Also contributing to the effort were John Payton and his configuration expertise, as well as a personal visit by Jack Ginsberg to the account.

"We basically came up with a way to back up their systems faster, and defused the situation somewhat by convincing them that, in spite of the recent problem, if they were just another IBM customer the response to their problems might not have been nearly as fast. Maybe more importantly, we did an analysis of their system needs and determined that they should actually be upgrading to bigger systems to handle their processing load."

The result, Ratajczak reports, was the $170,000 sale of a new DPX/20 Model 690, an upgrade of their Model 660 to a Model 690, the addition of a Model 460 with ORACLE software, and the sale of additional hardware to convert their Model 620 into a test system.

The sale also puts Bull on track for automating 5 recently acquired warehouse facilities, each with yet another DPX/20.

"The key to the sale," says Ratajczak, "was the ability to provide the high availability system they needed and to tie the two system together. If they're down for a day, they could lose a million dollars in orders, which no company can afford. They're also competing against still larger vendors who have multivendor mainframe environments with lots of capacity. In Newman's case, the DPX/20 is giving them an equivalent performance on a much smaller system by running a dedicated system application that's been very effective for them so far. We plan to keep it that way." ■

## INTEGRIS-UNIV. OF SO. MISS. VIDEO ON NOW AVAILABLE

THE UNIVERSITY OF SOUTHERN MISSISSIPPI HAS IMPLEMENTED A NEW IMAGING SOLUTION DEVELOPED BY INTEGRIS TO HELP PROCESS THE SCHOOL'S STUDENT FINANCIAL AID DOCUMENTS.

A VIDEOTAPE PRODUCED BY THE UNIVERSITY, EXPLAINING HOW THE PROCESS WORKED AND HOW INTEGRIS WORKED WITH THEM FROM THE OUTSET TO ASSURE A SUCCESSFUL PROJECT, IS NOW AVAILABLE FOR PEOPLE TO USE WITH THEIR CUSTOMERS (THE VIDEO WAS SHOWN IN THE TECH PARK CAFETERIA DURING THE FIRST HALF OF THIS WEEK).

FOR MORE INFORMATION ON THIS SUCCESSFUL IMAGING SOLUTION, CALL ANN FOURAKIS AT ICN 294-6095. ■

# "The Big Payoff" Update

Look for "The Big Payoff" cost-cutting suggestion forms on E-Mail, through company mail, and from your HR consultant. Submit your suggestions to Harvey Gilman in Finance (address and fax number on form)— if your suggestion is implemented, you'll receive 5% of the money saved by the company.

# Customer sends a big bouquet—literally—to service engineer Reggie Clark

A customer literally "said it with flowers" and Bull Customer Service Engineer Reggie Clark was genuinely choked up by the gesture.

Here's what happened: With Bull's new agreement for servicing Packard Bell equipment comes the experience of making "house calls" for CSO service engineers. Reggie Clark, CSE in Windsor Connecticut, visited the home of a woman who had been having difficulty for months with her Packard Bell PC. Reggie, on-site, was able to solve the problem in one call.

And was he ever surprised when he got to the office the next morning. On his desk was a big bouquet of flowers with a very nice "thank you" note attached.

"In 18 years, that was the first time I ever had anything like that happen to me," Clark said. "I was really surprised." ■

## ▶ Virginia DMV

*(Continued from page 1)*

driver's license tests. At the same time, reports Stan Augevich—Integris' Billerica-based Industry Consultant for Motor Vehicles, Law and Justice—the new system will permit Virginia to effortlessly collect and cross-reference data on the Commonwealth's drivers. The system's enhanced capabilities will now allow Virginia to instantly perform background checks on test takers for unpaid tickets, DWI infractions, or more easily collect demographic data for state analysis.

"It was a very competitive bidding situation," says Augevich. "Juno and TTSS are two companies that are prominent in knowledge testing systems for DMV applications. We won, however, even though we were the higher priced system, because of our greater functionality, the system's ease of use, and our experience, which is considerable. This is the eighth state we've automated in—the others are Florida, Georgia, Alabama, West Virginia, New Jersey, Iowa, and Rhode Island. We've been a major player in the field since 1985, so that experience, plus our size and other technical and service capabilities, also added to the client's comfort factor."

## 'Customer-izing the system'

What should also add to the system's appeal are the efforts now underway to customize the new information technology system to satisfy both state and user needs.

For the state, work is now underway to build an interface between ADLT terminals and servers at the DMV offices and the Commonwealth's host system and central data repository in Richmond. The system will now allow online, real-time checking of driver history records before issuance of a license, and additionally permit comprehensive collection and analysis of statistical and demographic data.

For users, the ADLT is being made more accessible both through touch screen technology, multiple choice questions, and other adaptations that will make the system easier to use for non-English speakers and even the illiterate.

"We'll be making the system bi-lingual," notes Augevich. "We're working with Virginia Commonwealth University to translate instructions, questions, and answers into a Spanish dialect spoken by a segment of the Mexican-American population clustered in the Washington D.C. area. We're also making the system user-friendly to those members of the population who can't read by using a audio-visual version of the written test so that answers can be selected via touch screen."

The schedule for the next few months should prove to be hectic but ultimately rewarding, Augevich predicts. In the works are a complete site review, application development, and monthly meetings to fine-tune every aspect of the system that will serve 200,000 Virginia drivers annually.

Still to come may be even more conveniences for Commonwealth drivers visiting their local DMV. Projected for the future is the introduction of information kiosks to make registration and title renewals more painless and efficient. Virginia may even be looking at replacing its IBM Series 1 and 4300s, in favor of a distributed UNIX network connected by a wide area network.

Augevich and company are already working on new opportunities, while at the same time keeping their eyes peeled for other new projects. Says Augevich, "To leverage the work we're doing in Virginia, we're also preparing for a demo of an ADLT system in Nebraska on June 20 as one of three invited vendors."

In addition to the salesmanship of rep Ed Mrozek, credit for the sale is also shared by Core Technologies, an amalgam of former Bull employees in Georgia engaged in application development; David Hamilton, U.S. Sales Technical Support; Steven Palm in Integris Finance; and Atlanta's Smoky Hicks, for his work in contract preparation. ■

*BULL BY THE WEEK*–
PUBLISHED WEEKLY BY THE COMMUNICATIONS TEAM FOR BULL PEOPLE IN THE U.S.
**MANAGING EDITOR:**
STEVE PULEO
**ART DIRECTOR/DESIGNER:**
PAT ROBINSON (NEWTON, MA)
**PRINTER:**
BULL INTERNAL PRINTING SERVICES
**DISTRIBUTION MANAGED BY:**
JANNE LAMOTHE

*BULL BY THE WEEK* WANTS TO HEAR FROM YOU

**OUR PHONE/VOX:**
ICN 294-6418 OR 508-294-6418

**OUR FAX:**
ICN 294-4873 OR 508-294-4873
OR 508-294-4908

**OUR ADDRESS:**
TECHNOLOGY PARK
BILLERICA, MA 01821
MAILSTATION 412C

**OUR CC:MAIL ADDRESS:**
BULL-MA02-TPK3

Idea(s) or Comment(s):

# JOB POSTING—SPECIAL SUPPLEMENT
THE WEEK OF JUNE 20, 1994

*EDITOR'S NOTE: BULL BY THE WEEK PUBLISHES ONLY "NEW" OPEN JOBS FOR THE WEEK. JOB LISTINGS FOR THE PREVIOUS MONTH ARE ON FILE IN HR OFFICES. FOR CONVENIENCE, WE MAKE EVERY EFFORT TO GROUP JOBS BY FACILITY LOCATION.*

## BILLERICA

**BILLET:** 0483
**LVL:** 14
**JOB TITLE:** SR SALES REP
**DEPT NAME:** OSSD
**REP:** JOANNE BRESCIA
**LOC:** BIL
**MS:** 805A
**SUPV:** DAVE MACK TEL. 294-4557
**SHIFT:** FIRST
**DESCRIPTION:** IDENTIFIES/DEVELOPS POTENTIAL INDIRECT CUSTOMERS FOR OPEN SYS SOFTWARE DIV; IDENTIFIES SPECIFIC NEEDS RESULTING FROM MARKET/TERRITORY & CONTRIBUTES TO EFFECTIVELY REMARKETING OPEN SYS PROD/SOLUTIONS. EMPHASIS ON DEVELOP OF NEW BUSINESS PARTNERSHIPS. BS OR EQUIV REQ'D & 6+ YRS INDIRECT SALES EXP OF UNI PLATFORMS /SW. EXC INTERPERSONAL SKILLS; ORAL/WRITTEN COMM, PRESENTATION SKILLS, EFFECTIVE NEGOTIATION TECHNIQUES; TEAMWORK REQUIRED.

**BILLET:** 1284
**LVL:** 34
**JOB TITLE:** SYSTEMS ADMINISTRATOR
**DEPT NAME:** PAYROLL SERVICES
**REP:** GWEN BATES
**LOC:** BIL
**MS:** 101C
**SUPV:** ELLEN HARRIS TEL. 294-5231
**SHIFT:** FIRST
**DESCRIPTION:** PROVIDE OVERALL SUPPORT TO OPERATION IN MAINTENANCE OF THE HR PARTNER SYSTEM W/I PAYROLL. RESP INC. INSTALLING SW, SETTIN UP DATABASE, USER SUPPORT, TROUBLESHOOTING. MUST UNDERSTAND HR REQUIREMENTS, KNOWLEDGE OF VALIDATION TABLES; TYPES OF REPORTS REQUIRED, KNOWLEDGE OF HW/SW REQUIREMENTS OF HRP; STRONG PC SKILLS; ORACLE, UNIX OP SYS, SEQUEL. COLLEGE DEGREE OR EQUIV WORK EXPERIENCE 3-5 YEARS BUSINESS SYSTEMS.

## FIELD

**BILLET:** 80214
**LVL:** 55
**JOB TITLE:** FIELD ENGINEER II
**DEPT NAME:** CSO FIELD OPS
**REP:** TOM MATERA
**LOC:** OTH
**MS:** 308C
**SUPV:** HENRY MCCARTHY
**TEL.** 617-487-4174
**SHIFT:** FIRST
**DESCRIPTION:** POSITION OPEN FOR CUSTOMER SERVICE REP IN EITHER AUGUSTA OR PORTLAND, MAINE FIELD OFFICE TO PROVIDE TECHNICAL SUPPORT TO PROPRIETARY & MVS CUSTOMER BASE. SEEK EXPERTISE IN ANY OF THE FOLLOWING: LARGE SYSTEMS, RPMII, DPS6; UNIX AND NETWORKING AS WELL AS SKILLS IN MVS PRODUCTS, PRINTRONIX, PC'S AND ASSOCIATED PERIPHERALS, LASER & THERMAL PRINTERS. HIGH SCHOOL DEGREE W/ TECHNICAL SCHOOL OR EQUIVALENT SKILLS REQUIRED.






BULL/SB 0416