**EXHIBIT F**



**PLEASE ROUTE & POST**
**THE WEEK OF MAY 23, 1994**




# BULL
## BY THE WEEK
VOL. 4 NO. 20

## ATS unit to focus on building its business as part of Integris

- Dave Cleary to handle day-to-day operations management
- Former ATS marketing guru David Lieberman serving as consultant on management advisory board

Bull's ATS unit, the business that supports telecommunications and cable television companies, will remain 100 percent with the company as part of Integris.

Bull had been negotiating with other firms to become partners in its ATS division, but talks became unnecessary when the need for joint cable TV-telecommunications billing systems became less acute. Also, two of Bull's existing partners did not agree with Bull's proposal on cable sales and distribution with potential new partners.

*(Continued to page 5)* ▶

## Day and team score big again at GEIS—$13.6 million worth

*Read about Richard Day and team's approximate $40 million first-half in next week's BBTW*

Enroute to a record-setting first-half that will approach $40 million in revenue, Richard Day and his team scored again late last week with $13.6 million in sales to GEIS (GE Information Services). *(Cont'd to page 5)* ▶

### MEMORIAL DAY PUBLICATION SCHEDULE
BBTW WILL APPEAR ONE DAY LATER THAN USUAL NEXT WEEK BECAUSE OF THE MEMORIAL DAY HOLIDAY. THE ISSUE WILL BE FAXED TO THE FIELD ON WEDNESDAY, JUNE 1, AND DISTRIBUTED IN BOSTON AND PHOENIX ON THURSDAY, JUNE 2.

### WHAT'S INSIDE
IT'S OFFICIAL, SO LONG US MANUFACTURING—HELLO BULL ELECTRONICS
PAGE 2
SEQUOIA SYSTEMS SIGNS $12M AGREEMENT WITH CSO
PAGE 3
WANT UNIX REFERENCE INFO? TRY CIBSCUS
PAGE 4

A PUBLICATION FOR BULL NORTH AMERICAN EMPLOYEES

## CSO lands $424K contract for Montgomery Ward DOS-to-UNIX switch

*Switch to affect 360 US stores, possibility of additional business*

Montgomery Ward's 40,000 employees may never notice it, but when they punch in over the next few months their time clock application, as well as several others, will be making the transition from DOS to UNIX thanks to help from Bull, says Chicago Customer Service Organization (CSO) account executive Bill Gorski.

The $4.5 billion-a-year chain will be making the transition throughout its 360 retail outlets, the result of a project finalized in a recently concluded $424,000 contract with CSO. The organization has been maintaining Montgomery Ward's current time clock appli-

*(Continued to page 4)* ▶

BULL/SB 0377

# It's official: So long U.S. Manufacturing—Hello Bull Electronics

- At series of all-employee meetings, Joel Beck stresses need for organization to focus on shift to outside or "merchant" business—name change reflects that emphasis
- Total '94 revenues projected at nearly $400 million
- Good News: revenue up, new customers being signed, partnerships and alliances being considered, and June will be first profitable month in organization's history—goal is to break-even this year
- Tough News: Meeting first-half bottom-line target will be difficult; all manufacturing employees taking 5 days without pay this half to cut costs and help make target achievable
- Bull Electronics headquarters moves to Brighton

*By Steve Puleo*

To illustrate a point, Joel Beck told a group of employees how quickly a potential hot prospect can wind up giving you the cold shoulder.

"We thought we had a good chance of landing this particular customer, but after going on a tour of our facility, he said he saw one of our people eating a sandwich at a work bench. He said that wasn't part of his value system, and that he couldn't do business with us. The little things matter to customers."

Beck told the story at one of 5 employee meetings he held last week in Brighton and Lawrence (one more "make-up session" is scheduled this week) to emphasize how the Bull manufacturing world is changing—gone are the days when factories and Brighton and Lawrence produce only Bull products. The contract manufacturing—or merchant—business is the key to the future. As a result, an external, customer-oriented, market-driven focus is needed, Beck said.

To make the point, even Manufacturing's name has changed. Officially last week, U.S. Manufacturing became a name of the past and the entire organization adopted the name and identity of its merchant business—Bull Electronics. For all intents and purposes, Bull Electronics is Manufacturing at Bull.

"We are working to be a stand-alone, profit-making business," Beck said at a Brighton meeting, who noted that more than half of the manufacturing's operations business will come from non-Bull business this year. The majority of that will be Packard Bell business, more than $180 million this year.

"The rules of the game are all changed," Beck said. "We're competing now in the open marketplace against firms in this country, Europe, and the Far East. And before long, we'll be competing against emerging African and central and South American countries."

### "We are working to be a stand-alone, profit-making business."

Major capital investments and revitalized manufacturing processes have put Bull Electronics in a strong position to compete, Beck said. The unit now must focus on more sophisticated marketing, sales, and benchmarking techniques. "It's a new thing for us to go out and sell ourselves," he said, "so we need to get better at that. We also have to do a better job at selecting work that we know we can make a buck at."

The all-salaried workforce and self-directed employee teams—as well as general employee involvement in decision-making—have given Bull Electronics the flexibility to compete, Beck said as he thanked employees for their commitment and willingness to change. This is particularly true in a climate like Brighton's, for example, which now operates 24 hours a day, six-and-a-half days a week.

### Challenging first half

While load and revenue were up significantly for the quarter—as were margins—Beck said Bull Electronics would have a major challenge to achieve its first-half bottom-line goals. To reduce costs, all Bull Electronics employees, including Beck and his staff, will be taking five no-pay days this half. Beck said he currently has no intention of implementing more no-pay days, or layoffs, this year, although he said business conditions would dictate whether these or other measures would be necessary in the future.

He also said Bull electronics revenues this year could approach $400 million, and that June would be the organization's first profitable month ever. Overall, Bull Electronics' bottom-line goal for the year is to break even.

In addition, Beck said Bull Electronics would be looking for appropriate partnerships and alliances to help grow the business. This could include financial investors to participate in the unit on some sort of shareholding arrangement, and partners to whom Bull Electronics could subcontract work if the business fit was right.

Beck reiterated his commitment to the Merrimack Valley—where the

*(Continued to page 5)* ▶

# BUSINESS

THE BOSTON HERALD, MONDAY, MAY 23, 1994   27

**STOCK HOT LINE**

CALL THE BOSTON HERALD MONEY HOT LINE 1-900-454-6060
The 24-hour stock quote line that lets you spell out the name of your stock on your Touch-Tone phone in simple words, without having to remember or look up your stock symbol. Stock quotes are 15 minutes behind actual trading and updated constantly through closing. News America 800 1211 6th Ave., NY, NY 10036.

## Electronics plant Bullish on Boston
### Corporate offices head to Hub

**By MICHAEL E. KNELL**

Bull Electronics, which has quietly built a nearly $400 million-a-year business in Brighton, has moved its corporate offices into the Boston plant.

Once a threatened and shrinking operation, Bull Electronics in Brighton now represents the last significant vestige of large computer manufacturing in Boston, work that accounts for one-third of its parent company's revenues.

Friday's move of about 50 people from Billerica set the stage for making Bull Electronics fully independent, officials said.

"This is becoming, and is chartered to become, a stand-alone company," said Axel Leblois, CEO of the firm's parent company, Bull Information Systems Inc. of Billerica, which is an arm of France's Groupe Bull.

But what saved the plant was a new mission.

The 275,000-square-foot facility along Market Street was making circuit boards just for the company's own computers, but demand was dropping because of changes in both business and technology.

So the company shifted, becoming a "merchant" or contract manufacturer, which does work for a variety of firms in computers, telecommunications and med...



**JOEL BECK**
"We want to be diversified"

---

The accompanying story appeared in the Monday, May 23, 1994 edition of the *Boston Herald*, and features Bull Electronics, the company's contract manufacturing business. The article is an example of 'positive press' for the company, and we included it in BBTW for all employees to read. The piece focuses on the transition of Bull's manufacturing operation from an 'all Bull' business to a 'merchant' or contract manufacturing operation. Both Brighton and Lawrence are referred to in the article. It also emphasizes the relocation of Bull Electronics' headquarters from Concord Road in Billerica to the Brighton manufacturing facility. Bull Electronics'

*Tree-mendous!*

# Sequoia Systems signs $1.2M service agreement with CSO for all US/Canada customer support

Sequoia Systems, the Marlboro, Massachusetts-based manufacturer of fault-tolerant UNIX computers, has signed a 3-year $1.2 million service agreement placing CSO in charge of all its customer maintenance services in the US and Canada.

The deal, which began with a call to CSO VP Dick Suech from Sequoia VP of Customer Service Bill Gould, a 25-year Bull veteran, may just be the start of the networking possibilities at the $50 million a year company.

The contract, says CSO account executive Kevin O'Connor, is viewed as equally important to both Bull and Sequoia, a company with no service organization of its own and which recently parted ways with its former service provider.

"As one of the technology innovators in the area, Sequoia is a high-profile account for us so service delivery on our part will have to be very good," O'Connor explains. "They are very serious about their customer satisfaction scores. The critical services we perform will contribute to that overall satisfaction rating with Sequoia."

CSO is now in the process of training 132 field engineers on Sequoia systems, many of which are found in the healthcare and financial services industries. The fault tolerant computers are typically running mission critical applications for enterprises where downtime due to system crashes are unthinkable.

These CSO "feet on the street" will provide the break/fix services that are the first of CSO's goals at the account, hopes O'Connor. Perhaps the greater significance of the win, he points out, is in the possibilities that may open to provide Sequoia with networking and other professional services. It's a prospect that makes more than Kevin O'Connor smile with anticipation.

> *"I'm excited," says an obviously pleased Ed Shaw, CSO Regional Sales Director. "20 more like this and I'd be a real happy guy."*

"I'm excited," says an obviously pleased Ed Shaw, CSO Regional Sales Director. "20 more like this and I'd be a real happy guy. Sequoia did their due diligence work when they looked around for a support partner, so it's says something to be chosen by a leading-edge company like this, one that takes its customer satisfaction numbers so seriously. It's also the kind of upscale company we want to be associated with as we change our own image from being a mainframe vendor to being in the forefront of solutions providers. And we certainly hope to expand our current role and become a supplier to Sequoia customers of professional services for PC/LAN networking, education and training, and other services."

Sharing credit for the win and its future potential, adds Kevin O'Connor, are Steve Coser of CSO Marketing; Carl Cioppa in the CSO Business Solutions group; Peter Martin and Andy Wayne from Services Engineering; and the Bull Legal Department's Dave Smith. ■

# CSO teams name new column title: *The PIT Bull*

The Customer Services Organization (CSO) Self-Directed Work Teams have named the column which will appear regularly in *BBTW*.

The winner: "The PIT Bull" (PIT standing for Public Information Team), submitted by Jack Dentinger, a Customer Services Engineer in Kentucky. He receives a $100 gift certificate for naming the column.

The column will contain success stories, process improvements, and other information about CSO's Self Directed Work Team (SDWT) effort in the field. The SDWT communications team selected the name from several different entries.

CSO people who have potential stories for the column should send their ideas to one of the team members listed below:

| Name<br>cc: Mail address | VOX<br>*Region* |
|---|---|
| **John Miller**<br>Miller, J. | 429-4360<br>*Southern* |
| **Randy Lee**<br>Lee, R.L. | 581-1882<br>*Eastern* |
| **Terry Smith**<br>Smith, R.R. | 862-6316<br>*Western* |
| **Mike St. Pierre**<br>St. Pierre, M. | 948-7756<br>*Central* |

Please submit all suggested articles to your regional coordinator via cc: mail in either .TXT or .WRL ■

BULL/SB 0380

### ▶ Montgomery Ward Contract
*(Continued from page 1)*

cation for all the department store's workers for the last two years, as well as maintaining the chain's printers, and terminals in their distribution centers for over six years.

In addition to the CSO field engineering team, says Gorski, the project will also employ the services of McBride Inc., an electrical contractor in Atlanta, who will assist Bull in working toward the customer's goal of moving to UNIX. The move is an effort by the retailer to introduce a more vendor-independent hardware platform that also affords the company access to a greater software application library.

More specifically, the transition will involve a move from NCR PCs running DOS to Siemens Nixdorf PCs running UNIX, says Gorski who also notes Montgomery Ward is Siemens' largest North American customer. That transition encompasses installations of a new time clock application for approximately 700 time clocks (roughly two per store) and four or five add-on products, server-like PCs that connect to the host in Chicago, and a radio frequency system that performs wireless price updates to a store's point of sale terminals.

### 25 conversions per week

The program has been piloted in 12 locations throughout the country and CSO will continue to manage the entire project. That responsibility includes transferring the data files, connecting peripheral devices to the new PCs, adding new AC power and installing data cables for the new system. Starting in mid-June, it looks like we'll be doing about 25 conversions per week."

"Because the retailer hadn't kept track of how these clocks were installed in the retail units, we had to create a rather extensive program to inventory everything about them," Gorski explains.

> *The program has been piloted in 12 locations throughout the country and CSO will continue to manage the entire project.*

"We had to take into account all the ways the time clocks could be installed —either using conduit, or direct electrical connect with data cables that are installed in a variety of methods—and organize it all so you could roll out all these locations and have a unified system that worked according to plan."

CSO currently collects approximately $500,000 a year in recurring maintenance revenues a year from Montgomery Ward, says Gorski, who estimates that the maintenance organization stands to gain additional business from the retailer as the move to UNIX-based systems progresses.

As interesting as the business possibilities are with Montgomery Ward, Gorski adds, is one bit of business trivia that relates to the company, once owned by oil giant Mobil during the acquisition binge of the '80s. While Macy's may never tell Gimbels, Montgomery Ward's retailing philosophy may travel a little more freely. "The Chairmen of the Boards of both Montgomery Ward and Sears," Gorski points out, "are brothers." ■

## Sales people—Want Unix reference info? Try HIBISCUS

In this case, HIBISCUS is more than a flower.

For sales people, HIBISCUS stands for Helpful Information aBout Installed Solutions Calling on Unix Systems.

And if that's not clear enough, try this—HIBISCUS is the best source of information for sales reps who want to fill their proposal with references proving Bull's know-how in Unix, according to the keeper of the database Bertrand Dalaison.

HIBISCUS can provide a convenient one-page format that details the most important commercial, technical, and financial information for more than 200 customers using Bull DPX/2 or DPX/20.

HIBISCUS contains useful information for most large accounts (Honeywell, Graybar, General Telephone of France, France Telecom, etc.), other prestigious accounts (United Nations, Air France, Elf Acquitaine, Adidas, UK Inland Revenue, etc.), as well as lesser known but other important accounts in the U.S., France, Switzerland, and the UK.

All the information you can find in the Unix Account Reference Profiles have been added to Hibiscus.

Information can be requested in many different ways, including by country, customer name, industry type, existing/new customer, number of concurrent users, competition in sale, etc. At the same time, you can call HIBISCUS for any information on the Unix customer base, using the criteria of system, state, or industry sector (for example, the number of DPX/20 420s in the manufacturing sector in the state of Florida).

To access HIBISCUS, no connection, no directions for use, and no access codes are necessary. You only need to make one call: to Bertrand Dalaison at (ICN) 294-6166.

You will receive the information you need on the same day through the most convenient way (cc: Mail, Fax, Phone, or mail). ■

# Bull moves offices to Hub

**From preceding page**

tion of printed circuit boards.

The plant's success cuts against stereotypes of Boston as a high-cost city with uncompetitive workers, officials said.

But at first, Bull was badly underbid on the world market.

For instance, circuit boards from Chinese factories cost $17, compared to $28 at Bull.

To become competitive, Bull invested $30 million in new equipment, retrained workers and reshaped the way work was done to become as efficient as possible, Beck said. "We got the price of boards down to $16.80."

"Despite a workforce speaking 24 different languages, in cluding sign, the plant proves the stereotypes wrong, Beck said. "You can, in fact, take people from the city of Boston and be very competitive in the world market."

About 72 percent of cost is in material and 22 percent in overhead, he said. "Only 6 cents (of every dollar of cost) is in labor."

However, the Brighton plant is only big enough to support a few years of growth, so success will eventually mean expansion elsewhere.

Bull officials have already taken a look at Digital's still-empty Roxbury plant, Beck said. "If I needed to expand ... I would go there tomorrow morning."

Bull Electronics also has 300 workers in a huge Lawrence plant, whose work includes repairs, testing and subassemblies.

Revenues at Bull Electronics could reach nearly $400 million this year, and a half-billion dollars next year, with most of the sales provided by contract manufacturing.

Bull clients include Boston Technology, Raytheon Co. and three of the Top 10 arrangement with Bull quiet.

And while other large firms, including computer giant Digital Equipment Corp. of Maynard, were shuttering Boston factories, Bull has been adding jobs.

The Brighton plant now has 700 workers and plans to add more. In January, Bull went to three shifts, 24-hour-a-day production.

Turn to next page



MOVING IN: Dick Henderson of Bull Electronics' human resource department moves into his new cubicle in the Brighton plant.

Staff photo by Mart Stone

# Update on Privatization

## Bull close to appointing adviser banks

The French government and Bull are close to appointing banks to act as advisors during the Bull privatization efforts.

The company said last week that it was in "very advanced discussion stages" with Cie de Suez unit Banque Indosuez and S.G. Warburg. "An announcement about the signing of the contract can be expected very soon," news report quoted a company spokesman as saying.

Other reports last week said the first phase of privatization could involve shareholding in which employees would take about 10 percent, financial partners 10 percent, and industrial partners—in addition to current NEC and IBM—5-10 percent.

The second phase, said Reuters, would involve a public offer of about 20 percent. Employees would be able to raise their stake up to 20 percent and France Telecom could take 15-20 percent. NEC could be given the chance to take its stake to the France Telecom level.

These shareholding numbers were reported in news items only—the company has not commented in such detail.

## Bull in at least 5 partnership talks

Bull is in the midst of five sets of talks with potential industrial and technological partners and will probably announce partnerships in the next few months, Chairman Jean-Marie Descarpentries said at a recent shareholders' meeting.

"In the coming months we will probably announce a confirmation of our partnerships with NEC and IBM, but also with other enterprises," he said.

"There are at least five negotiations going on," he said. ∎

## ▶ ATS
*(Continued from page 1)*

The company expects to finalize a plan for ATS's future direction within the next 30-60 days, according to Integris President Steve Adler.

In the meantime, Dave Cleary will take over the day-to-day operations management of ATS, reporting to Adler. Cleary replaces John Neville, who will be leaving the company shortly. Cleary will focus most of his efforts on supporting major ATS customers, including the telcos and Cox Cable and TCI, its two big cable customers.

ATS' strategic direction will be established by a management advisory board that includes Adler, Cleary, CEO Axel Leblois, Treasurer Brian Byrne, Integris Data Services President Jonathan Burbank, and David Lieberman, former ATS marketing director who is serving as a consultant on the management board.

*BBTW* will keep you posted on future developments with ATS. ∎

## ▶ Day Team/GEIS
*(Continued from page 1)*

The latest deal was for a DPS 9000 in GEIS' Rockville, Maryland data center, and several EMC CDA 5500 disk array subsystems in both Rockville and Brook Park, Ohio, just outside of Cleveland.

The agreement was finalized late last week. In next week's *BBTW*, we will have additional information about this contract and Richard Day and his team's big first half! ∎

## ▶ Bull Electronics
*(Continued from page 2)*

Lawrence facility is now located—and said that while the 1.2 million Lawrence facility was far too big for his needs, he is in discussions with the building's owner to arrange a continued favorable leasing arrangement.

> *"The fact that we're a one-stop shopping operation means that we can use Brighton to leverage work for Lawrence, and vice versa."*

"The fact that we're a one-stop shopping operation means that we can use Brighton to leverage work for Lawrence, and vice versa," he said.

Beck also said that several "leadership teams" are in place to plan the future direction of Bull Electronics. These teams are taking a visionary look at many areas of the business, including materials, business development, information systems, and strategy. ∎

# JOB POSTING
## THE WEEK OF MAY 23, 1994

*EDITOR'S NOTE: BULL BY THE WEEK PUBLISHES ONLY "NEW" OPEN JOBS FOR THE WEEK. JOB LISTINGS FOR THE PREVIOUS MONTH ARE ON FILE IN HR OFFICES. FOR CONVENIENCE, WE MAKE EVERY EFFORT TO GROUP JOBS BY FACILITY LOCATION.*

### BRIGHTON

**BILLET:** 01002
**LVL:** 54
**JOB TITLE:** MFG TECH II
**DEPT NAME:** PWA – TEAM 3
**REP:** LISA BURGESS
**LOC:** BRI
**MS:** 305
**SUPV:** JIM SCOTTI   **TEL** 783-6856
**SHIFT:** THIRD
**DESCRIPTION:** PERFORM TESTING & TROUBLESHOOTING ON A VARIETY OF MODERATE-COMPLEX PRODUCTS & TEST EQUIP. UTILIZING LEARNED KNOWLEDGE & EXPERIENCE, ANALYZE, EVALUATE & SOLVE PROBLEMS. MAKE RECOMMENDATIONS ON PROBLEMS/ REFER TO ENG OR MGR. STRONG KNOWLDG OF ANALOG & DIGITAL ELECTRONICS. TROUBLESHOOT TO COMPONENT LVL. KNOWLDG OF INTEL MICROPROCESSORS & TYPICAL PC EQUIP. FAMILIARITY W/GENRAD ATE & SMT HIGH SCHOOL, ASSOC PREF, 2 YRS EXP IN TEST. WED – FRIDAY, 7PM-7AM SHIFT. MFG ONLY.

**BILLET:** 01006
**LVL:** 54
**JOB TITLE:** MFG TECH II
**DEPT NAME:** PWA – TEAM 1
**REP:** DICK HENDERSON
**LOC:** BRI
**MS:** 305
**SUPV:** BERNIE CAVANAUGH
**TEL** 783-7573
**SHIFT:** THIRD
**DESCRIPTION:** PERFORM TEST & TROUBLESHOOT ON MODERATE-COMPLEX PRODUCTS & TEST EQUIP. UTILIZE KNOWLDG & EXPER TO ANALYZE, EVALUATE & SOLVE PROBLEMS. RECOMMEND SOLUTIONS OR REFER TO ENG/MGR. STRONG KNOWLDG OF ANALOG & DIGITAL ELECTRONICS. ABILITY TO TROUBLE SHOOT TO COMPONENT LVL ON MICROPROCESSOR BASED PRODUCTS. FAMILIAR W/COMMON TEST EQUIP. GENRAD ATE & SMT USEFUL. KNOWLDG OF INTEL MICROPROCES. HIGH SCHOOL, ASSOC PREF, 2 YRS EXPERIENCE TEST. SHIFT: SUNDAY-TUESDAY, 7PM-7AM. MFG ONLY.

### BILLERICA

**BILLET:** 88803
**LVL:** 34
**JOB TITLE:** SERVICES BUS. SPEC.
**DEPT NAME:** CSO SALES SUPPORT
**REP:** TOM MATERA
**LOC:** BIL
**MS:** 308C
**SUPV:** ROGER HICKS   **TEL** 294-4482
**SHIFT:** FIRST
**DESCRIPTION:** EXPERT RFP ANALYSIS/ INNOVATIVE STRATEGIES FOR COMPLEX BID OPPORTUNITIES. ENSURE CSO MARGIN OBJECTIVE IS CONSISTENT W/MARKET PROGRAMS. IDENTIFY CRITICAL RFP SERVICE ISSUES/RECOMMEND SOLUTIONS. MANAGE MULTIPLE RFP/CUST. ACTIVITIES, GUIDE OTHERS ASSIGNED IN ASST. ROLE, PROVIDE PRIMARY H/Q COORDINATION FOR RFP PROCESS. KNOWLEDGE OF PC TOOLS, APPLICATIONS & FINANCIAL/PRICING MODELS. OCC'L TRAVEL, PRESENTATION TO CUSTOMERS. 3-5 YRS EXP. IN COMPARABLE POSITION.

**BILLET:** 88804
**LVL:** 54
**JOB TITLE:** AREA COORDINATOR
**DEPT NAME:** CSO SALES SUPPORT
**REP:** TOM MATERA
**LOC:** BIL
**MS:** 308C
**SUPV:** ROGER HICKS
**TEL** 294-4482
**SHIFT:** FIRST
**DESCRIPTION:** ADMINISTER MVS ACCOUNT ASSIGNMENT DATABASE, AND PROVIDE DATA TO F&A FOR COMMISSIONS PAYMENT. RESOLVE CONTRACT & COMMISSIONS ISSUES. INT'L INTERFACE ON INT'L RFP'S. RFP AND LEAD TRACKING AND REPORTING. PROVEN PERFORMANCE AS AN ADMIN. IN SALES, SALES SUPPORT &/OR MKTG. ORG. INTERPERSONAL & WRITTEN COMM. SKILLS. KNOWLEDGE OF CSO. ABILITY TO COORDINATE W/FIELD & OTHER H/Q GROUPS. KNOWLEDGE OF PC TOOLS & WINDOWS. 3-5 YRS DEMONSTRATED PERF. IN SALES, SALES SUPPORT, MKT.

### FIELD

**BILLET:** 99972
**LVL:** 34
**JOB TITLE:** NETWORKING ENGR III
**DEPT NAME:** CSO FIELD OPS
**REP:** DEBRA QUAM
**LOC:** OTH
**MS:** ___
**SUPV:** DAVE ENKE   **TEL** 775-1527
**SHIFT:** FIRST
**DESCRIPTION:** POSITION OPEN IN ITASCA, IL OFFICE TO ASSIST IN THE DESIGN OF NETWORK SOLUTIONS TO ADDRESS CUSTOMER NEEDS USING A WIDE VARIETY OF LAN/WAN TECHNOLOGY. MUST BE ABLE TO COORDINATE ALL PHASES OF COMPLEX NETWORK IMPLEMENTATIONS, INCL. TEST AND ACCEPTANCE & CONTROLLED HAND OFF TO SUPPORT GROUPS. RESP. INCLUDE PROJECT ENGR., SALES SUPPORT & TECHNICAL PROPOSAL PRESENTATION. REQUIRES BS IN TECH. DISCIPLINE WITH 5-7 YEARS EXPERIENCE.

---

**BULL BY THE WEEK** – PUBLISHED WEEKLY BY THE COMMUNICATIONS TEAM FOR BULL PEOPLE IN THE U.S.
**MANAGING EDITOR:** STEVE PULEO
**ART DIRECTOR/DESIGNER:** PAT ROBINSON (NEWTON, MA)
**PRINTER:** BULL INTERNAL PRINTING SERVICES
**DISTRIBUTION MANAGED BY:** JOANNE LAMOTHE

**BULL BY THE WEEK WANTS TO HEAR FROM YOU**

**OUR PHONE/VOX:**
ICN 294-6418 OR 508-294-6418

**OUR FAX:**
ICN 294-4873 OR 508-294-4873
OR 508-294-4908

**OUR ADDRESS:**
TECHNOLOGY PARK
BILLERICA, MA 01821
MAILSTATION 412C

**OUR CC:MAIL ADDRESS:**
BULL-MA02-TPK3

Idea(s) or Comment(s):

BULL/SB 0384