UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN BECKMAN | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.:  03-12567-NG |
| BULL HN INFORMATION SYSTEMS INC. | ) ) ) ) ) | |

### NOTICE OF WITHDRAWAL OF KELLY S. BLACK-HOLMES

Kelly S. Black-Holmes of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that she will no longer serve as counsel for the defendant in this action.  The appearances of Joan A. Lukey, Esq. and Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully submitted,

/s/ Kelly S. Black-Holmes
Kelly S. Black-Holmes (BBO#650461)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (*fax*)

Dated:   May 26, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2005, I caused a copy of this Notice of Withdrawal to be served by electronic transmission upon counsel for plaintiff, Denise L. Page, Esq., and Nancie Edgren, Esq.,  Barron & Stadfeld PC, 100 Cambridge Street, Suite 1310, Boston, MA 02114.

/s/ Kelly S. Black-Holmes
Kelly S. Black-Holmes

US1DOCS 5128608v1