UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BECKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 03-12567-NG |
| ) | |
| BULL HN INFORMATION ) | |
| SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE OF BENJAMIN M. STERN**

Pursuant to Local Rule D. Mass. 83.5.2(a), please enter the appearance of Benjamin M. Stern on behalf of the defendant, Bull HN Information Systems, Inc. in the above-captioned case.

    Respectfully submitted,

    BULL HN INFORMATION SYSTEMS INC.

    By its attorneys,

    /s/ Benjamin M. Stern_____
    Joan A. Lukey (BBO #307340)
    Benjamin M. Stern (BBO #646778)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts  02109
    Tel:  (617) 526-6000
    Fax:  (617) 526-5000
    Email:  benjamin.stern@wilmerhale.com

Dated:  June 7, 2005

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2005, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Denise L. Page, Esq., Barron & Stadfeld, P.C., 50 Staniford Street, Boston, MA 02108.

                                           /s/ Benjamin M. Stern_____
                                           Benjamin M. Stern