UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12567-NG

_____
                                             )
STEPHEN BECKMAN           )
   Plaintiff                      )
                                           )
Vs.                                       )
                                           )
BULL HN INFORMATION    ]
SYSTEMS, INC.               )
Defendant                  )
_____ )

ENTRY OF APPEARANCE

Please enter my appearance as Counsel for Plaintiff in the above-captioned action.

                                                         STEPHEN BECKMAN
                                                         By his attorney,
                                                         Mitchell J. Notis


                                                         /s/ Mitchell J. Notis
                                                     _____
                                                       Mitchell J. Notis
                                                       Law Office of Mitchell J. Notis
                                                       370  Washington Street
                                                       Brookline, Massachusetts 02445
                                                       617-566-2700
                                                      BBO# 374360

DATED:  June 30, 2005