UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
STEPHEN BECKMAN,                                *
     Plaintiff,                                 *
                                                *   C.A. No.: 03-CV-12567NG
v.                                              *
                                                *
BULL HN INFORMATION SYSTEMS INC.,               *
     Defendant                                  *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### NOTICE OF WITHDRAWAL

Please withdraw the appearances of Denise L. Page and Nancie L. Edgren and the law firm of Barron & Stadfeld, P.C. as counsel for the Complainant, Stephen Beckman, in the above-captioned matter.

Respectfully submitted,

/s/ Nancie L. Edgren
Denise L. Page, Esquire
BBO No. 119415
Nancie L. Edgren, Esquire
BBO No. 648665
BARRON & STADFELD, P.C.
50 Staniford Street, Suite 200
Boston, Massachusetts 02114
(617) 723-9800

Dated: June 30, 2005

File #20731-1/321200