UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN BECKMAN )<br>)<br>v.                                                )<br>)<br>BULL HN INFORMATION        )<br>SYSTEMS INC.                       )<br>)<br> | CIVIL ACTION NO.:  03-12567-NG |

## TRANSMITTAL AFFIDAVIT OF BENJAMIN M. STERN, ESQ.

I, Benjamin M. Stern, hereby depose and state as follows, based on my personal knowledge:

1.  I am an associate at Wilmer Cutler Pickering Hale and Dorr LLP and am counsel for defendant Bull HN Information Systems Inc. in the above-referenced matter.

2.  Attached hereto as Exhibit 1 is a true and accurate copy of the Affidavit of Mary Carrigan, dated Mach 24, 2005.

3.  Attached hereto as Exhibit 2 is a true and accurate copy of the Affidavit of Cecil Wright, dated August 19, 2003.

4.  Attached hereto as Exhibit 3 is a true and accurate copy of the Affidavit of Daniel Schroeder, dated March 24, 2005.

5.  Attached hereto as Exhibit 4 is a true and accurate copy of excerpts from the deposition transcript of Stephen Beckman, dated December 16, 2004.

6.  Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from the deposition transcript of John J. Hannon, dated March 24, 2005.

7.    Attached hereto as <u>Exhibit 6</u> is a true and accurate copy of excerpts from the deposition transcript Joseph Desousa, dated April 11, 2005.

8.    Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of excerpts from the deposition transcript of Frank Gomez, dated April 11, 2005.

9.    Attached hereto as <u>Exhibit 8</u> is at true and accurate copy of excerpts from the deposition transcript of John E. Howe, dated April 26, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 14th day of July, 2005.

/s/ Benjamin M. Stern  
Benjamin M. Stern

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2005, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system and by hand upon Mitchell J. Notis, Esq., Law Office Of Mitchell J. Notis, 370 Washington Street, Brookline, MA  02446

                                                /s/ Benjamin M. Stern _____
                                                Benjamin M. Stern