# Exhibit 5

UNITED STATES DISTRICT COURT

No. 032567-NG

* * * * * * * * * * * * * * * * *

STEPHEN BECKMAN,
      Plaintiff
Vs.
BULL HN INFORMATION SYSTEMS,
      Defendant

* * * * * * * * * * * * * * * * *


      DEPOSITION OF **JOHN J. HANNON**, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, before <u>Carol DiFazio</u>, CSR: #108293, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Raymond B. Roberts Conference Room, Boston, MA 02109, on Thursday, March 24, 2005, commencing at 10:00 a.m.


APPEARANCES:
NANCIE L. EDGREN, ESQ., of Barron & Stadfeld, PC,
    100 Cambridge Street, Ste. 1310, Boston, MA
    02114, on behalf of the Plaintiff.


JOAN LUKEY and KELLY BLACK-HOLMES, ESQ., of Wilmer
    Cutler Pickering Hale and Dorr LLP, 60 State
    Street, Boston, MA 02109, on behalf of the
    Defendant.

*Leavitt Reporting, Inc.*

*1207 Commercial Street, Rear*
*Weymouth, MA 02189*

*Tel. 781-335-6791*
*Fax: 781-335-7911*
*leavittreporting@att.net*

*Hearings ◆ Conferences ◆ Legal Proceedings*

28

1  Q. With regard to the manufacturing
2  organization, was there a period of time in which
3  there was significant layoffs?
4  A. There was a period of time where there was
5  continuing layoffs. They weren't necessarily
6  significant in terms of numbers, but they were
7  consistent going forward. I mean you didn't rest
8  easy when you were there.
9  Q. What was that period?
10  A. I have got to say probably, probably in the
11  late '80s into the '90s.
12  Q. Did you become aware at any point that Bull
13  was experiencing financial issues?
14  A. Yes.
15  Q. And when did you become aware of that?
16  A. Probably started in '76, 1976.
17  Q. Were you aware at some point in the 1990s
18  of particularly serious financial issues?
19  A. Yes.
20  Q. And do you recall when you became aware
21  that there were particularly significant financial
22  problems?
23  A. Probably when I went to Lawrence.

29

1   Q.   And how did you become aware that there
2 were significant financial problems?
3   A.   All the indicators were down.
4   Q.   The financial indicators?
5   A.   Shipments, yes, or shipments are down,
6 orders are down.  And they were changing
7 philosophies to some extent.  For example, they had
8 a board facility, what they called a board facility
9 in Brighton that many of our associates worked at.
10 Lawrence was primarily what you call a systems and
11 peripheral side of it.
12         So the people in Brighton were getting
13 into the board manufacture, and it was difficult to
14 get into it, and it was costing a lot of money, a
15 lot of investments, and I don't think it ever worked
16 out.
17   Q.   Did you become aware at some point in time
18 that Bull was going to shift its emphasis from what
19 it was doing currently to so-called contract
20 manufacturing for others?
21   A.   That's what I mentioned, the board facility
22 that was contract manufacturing.  In Lawrence we had
23 contract manufacturing.  We had a cable facility

30

1  that we were building cables for other people.  The
2  business was changing.  It was getting away from the
3  systems.
4      Q.  And this contract manufacturing was
5  actually using Bull's facilities to manufacture
6  someone else's products; is that correct?
7      A.  Yes.
8      Q.  And do you remember when that was going on?
9      A.  Probably in the early '90s.  It's a guess.
10     Q.  Did this transition from manufacturing its
11 own products to contract manufacturing for others
12 have any effect on support services such as the
13 finance group?
14     A.  Yes.
15     Q.  What was the effect on finance?
16     A.  Well, the effect on finance was that the
17 primary emphasis, for example, when you're not
18 shipping hardware and computers you don't need
19 people to maintain the systems, people to maintain
20 the controls and what have you.  Different ball
21 game.
22     Q.  So you didn't need as many people in
23 finance?

Leavitt Reporting, Inc.

31

1    A.    Definitely not.
2    Q.    Did that lead to layoffs?
3    A.    I think so.
4    Q.    Were you aware of declining profits at Bull
5 in that time period?
6    A.    Not really.
7    Q.    Were you aware of declining revenues?
8    A.    Yes.
9    Q.    How did you become aware?
10   A.    Through the lack of shipments.
11   Q.    Was there a publication at Bull called Bull
12 by the Week?
13   A.    I don't know.  I don't remember.
14   Q.    Do you recall whether you received some
15 publication on a regular basis from Bull about the
16 company?
17   A.    Now that I saw that, yes, I think there was
18 some kind of a communications.
19   Q.    And do you recall whether that publication
20 included general information about how things were
21 going financially for Bull?
22   A.    Probably.
23   Q.    Did you become aware at some point in the