# Exhibit 6

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
STEPHEN BECKMAN,                 *
        Plaintiff                *
                                 *
VS.                              *   CIVIL ACTION
                                 *   NO. 03-12567-NG
BULL HN INFORMATION SYSTEMS,     *
INC.,                            *
        Defendant                *
* * * * * * * * * * * * * * * *  *
```

**DEPOSITION OF JOSEPH DESOUSA**, called by the Defendant, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Ruth E. Hulke, Certified Shorthand Reporter No. 114893 and Notary Public for the Commonwealth of Massachusetts, at Wilmer, Cutler, Pickering, Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts, on Monday, April 11, 2005, commencing at 2:00 p.m.

APPEARANCES:

   JOAN A. LUKEY and KELLY S. BLACK-HOLMES, ESQS., of Wilmer, Cutler, Pickering, Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts, 02109, on behalf of the Defendant.

   NANCY L. EDGREN, ESQ., of Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts, 02114, on behalf of the Plaintiff.

## Leavitt Reporting, Inc.

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@att.net

Hearings ◆ Conferences ◆ Legal Proceedings

1  go into the plants and conduct a physical inventory.
2  That's a once a year process.  I worked with him a few
3  times on physical inventories.
4      Q.  Were these occasions when you were working in
5  different facilities?
6      A.  Right.  At the time in its heyday they had a
7  facility in Lawrence, Lowell and Brighton.  As part of
8  the integrity of the balance sheet, you have to take a
9  physical inventory.  We would take the inventory under
10 the auspices of the external logs, so I worked with Steve
11 or vice-versa.
12     Q.  At some point in time did you become aware that
13 layoffs were happening at Bull?
14     A.  Oh, yes.
15     Q.  When did you first become aware that layoffs
16 were occurring?
17     A.  The past, my last ten years there you could see
18 them coming.
19     Q.  From '86 forward?
20     A.  Oh, sure. You could see the industry was
21 changing, consolidating, and, you know, I knew for the
22 past ten years layoffs were coming all over the place,
23 yeah.

```
 1        Q.   Did you become aware at some point that Bull's
 2   revenues and profits were declining?
 3        A.   Oh, yes.  Because I'm in part of that financial
 4   reporting group.  We see some of the results.
 5        Q.   How did you first learn that?
 6        A.   We would hear presentations from higher
 7   management.  They told us how the division was doing.
 8        Q.   Which division?
 9        A.   We were Honeywell, we originally started out as
10   Honeywell Datamatic Division, a separate division in the
11   computer industry.  This was 1965.  Then they started
12   buying out a number of small computer companies in the
13   sixties and seventies, and they bought out the GE
14   computer business.  So we were the computer division of
15   Honeywell.  So we knew based on quarterly or annual
16   presentations how the computer division was doing.  We
17   knew based on revenues and volumes.  Then we finally sold
18   our piece to Honeywell, to Bull, who was the French
19   outfit.
20        The genesis of it all is when GE got into the
21   computer business, Bull owned fifteen percent of GE.  In
22   the seventies, Honeywell bought GE's business out, and
23   what came with that was Bull's fifteen percent.  That
```

```
 1  unit going for a quarter million dollars.  That is how
 2  powerful it is today.  So that just killed the industry.
 3       Q.   When did you become aware that the
 4  manufacturing division at Bull was going to have
 5  significant layoffs?
 6       A.   Well, because we could see the, we knew in our
 7  capacity as analysts and our planners there, we could see
 8  the volumes that manufacturing had to produce, and the
 9  volumes, the manufacturing volumes are constantly
10  declining.  Okay?  We could see this year to year to
11  year.  You have to realize, hey, we can't sustain this
12  type of operation, we can't go from three shifts down to
13  two shifts and down to one shift.  And the investment for
14  that industry was really expensive.  Machines cost
15  $500,000 just to operate a printer circuit line.
16       We knew the volumes, Steve and I.  Steve would tell
17  me what the volumes were.  We knew from quarter to, at
18  least, quarter to quarter how the volumes were
19  decreasing, decreasing, decreasing.
20       Q.   The volumes of what?
21       A.   Manufacturing volumes.  Which, in turn, would
22  translate into later on sales volumes.  So we knew the
23  product, manufacturing product was decreasing which, in
```