# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------
STEPHEN BECKMAN,                   :
           Plaintiff               :
                                   :
     VS.                           :
                                   : Civil Action
BULL HN INFORMATION SYSTEM, INC.,  : No. 03-CV-12567
           Defendant               :
                                   :
-----------------------------------
```

      DEPOSITION OF **JOHN E. HOWE**, taken on behalf of the Defendant, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Linda J. Modano, CSR No. 121093, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts, on Tuesday, April 26, 2005, commencing at 10:08 a.m.

APPEARANCES:

JOAN A. LUKEY AND KELLY S. BLACK-HOLMES, ESQS., of Wilmer Cutler Pickering Hale and Dorr, 60 State Street, Boston, Massachusetts, 02109, for the Defendant.

NANCY L. EDGREN, ESQ., of Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts, 02114, for the Plaintiff.

*Leavitt Reporting, Inc.*

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@att.net

Hearings ◆ Conferences ◆ Legal Proceedings

1   Q.  Did anybody tell you that?
2   A.  No.  I just assumed.
3   Q.  Did any employee tell you that she or he had
4 lost benefits like their medical benefits?
5   A.  No.  No one told me.
6   Q.  Do you remember seeing a Bull by the Week
7 shortly before you were laid off, within a month or
8 two, about the fact that GCOS 6 engineering was going
9 to be phased out at the end of the year?
10  A.  Yuh.
11  Q.  In your position were you aware that the
12 volume of product that was being manufactured was
13 going down and down and down?
14  A.  Definitely, yuh.
15  Q.  Was there a decline, a lessening, in your own
16 work?
17  A.  Yes, there was.
18  Q.  And can you describe for us how that was
19 getting to be less and less?  Was it just less
20 products coming in to be tested?
21  A.  Less product coming in and less product
22 coming from the manufacturing sent to me for testing.
23 Was less and less product. Sometimes we didn't have

1  much to do.
2      Q.  Did there come a point in early 1994 when you
3  were asked to move to Lawrence?
4      A.  Yuh.
5      Q.  Now, were you the only one who was being
6  asked to move or was your whole repair group moving
7  to Lawrence?
8      A.  My whole repair group moved to Lawrence.
9      Q.  At the point in time when your group was
10 being asked to move do you remember how many people
11 were working in it in Brighton?
12     A.  I'd say about 20.
13     Q.  And did all 20 of you move to Lawrence?
14     A.  Yuh.
15     Q.  Was there already a repair group in Lawrence
16 that you were joining?
17     A.  No.  Lawrence wasn't a repair group.
18     Q.  So --
19     A.  It was a different setup in Lawrence than
20 Brighton.
21     Q.  So the repair group just started doing its
22 work in Lawrence?
23     A.  In Lawrence, yuh.