UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***********************************
                                  *
STEPHEN BECKMAN,                  *
        Plaintiff,                *
                                  *    C.A. No.: 03-CV-12567NG
v.                                *
                                  *
BULL HN INFORMATION SYSTEMS INC., *
        Defendant                 *
                                  *
***********************************
```

**DECLARATION OF NANCIE L. EDGREN IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION TO COMPEL DEFENDANT, BULL HN INFORMATION SYSTEM INC.'S ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

I, Nancie L. Edgren, hereby depose and state the following:

1. I am an associate at Barron and Stadfeld, P.C. and am involved in the firm's representation of the Plaintiff, Stephen Beckman, in the above matter.

2. Attached as Exhibit A are true and accurate copies of documents provided by Bull HN Information Systems Inc. during the course of discovery that purportedly reflect the titles and ages of layoffs of employees who worked in the manufacturing division in the Lawrence plant and whose notification date occurred in 1994 and 1995;

3. Attached as Exhibit B are true and accurate copies of documents provided by Bull HN Information Systems Inc. during the course of discovery that purportedly reflect the Manufacturing Division Layoffs with a notification date of December 16, 1994;

4. Attached as Exhibit C are true and accurate copies of documents provided by Bull HN Information Systems Inc. during the course of discovery that is an Affidavit of Cecile Wright, Vice President for Human Resources;

5. Attached as Exhibit D are true and accurate copies of excerpts from the Deposition of Stephen Beckman held on December 16, 2004;

6.  Attached as Exhibit E are true and accurate copies of Plaintiff's Motion to Compel Defendant, Bull HN Information System Inc.'s Answers to Interrogatories and Production of Documents.

> Respectfully submitted,
> The Plaintiff,
> By his attorneys,
>
> /s/ Nancie L. Edgren
> Denise L. Page, Esq.
> BBO No. 119415
> Nancie L. Edgren, Esq.
> BBO No. 648665
> BARRON & STADFELD, P.C.
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> 617.723.9800

Date: April 15, 2005

320542/file no. 20731-1