# EXHIBIT A

| NAME | Age as of Notif | JOB TITLE | NOTIFICATION DATE | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 41 | ACCOUNTANT I | 1/10/1994 | REDACTED | | REDACTED | | |
| | 34 | ASSEMBLY ASSOC II-N | 2/4/1994 | | | | | |
| | 34 | ACCOUNTANT II | 2/11/1994 | | | | | |
| | 39 | ASSEMBLY ASSOC II | 3/3/1994 | | | | | |
| | 39 | MIS BUS ANALYST III | 4/1/1994 | | | | | |
| | 55 | LOCATION DIR LAW FAC | 4/4/1994 | | | | | |
| | 57 | NEW PROD & TECH DIR | 6/10/1994 | | | | | |
| | 45 | FINANCE ASSOC III | 7/29/1994 | | | | | |
| | 55 | MFG MATERIALS I | 7/29/1994 | | | | | |
| | 58 | MFG TECH II | 7/29/1994 | | | | | |
| | 35 | AREA COORD II | 7/29/1994 | | | | | |
| | 40 | MFG MATERIALS II | 7/29/1994 | | | | | |
| | 36 | MFG TECH III | 7/29/1994 | | | | | |
| | 49 | MFG TECH II | 7/29/1994 | | | | | |
| | 46 | ASSEMBLY ASSOC II | 7/29/1994 | | | | | |
| | 50 | PROGRAM MANAGER II | 7/29/1994 | | | | | |
| | 49 | MFG TECH III | 7/29/1994 | | | | | |
| | 57 | ENG TEST IV | 7/29/1994 | | | | | |
| | 55 | PROCESS ASSOC I | 7/29/1994 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 7/29/1994 | | | | | |
| | 52 | AREA COORD II | 7/29/1994 | | | | | |
| | 44 | ACCOUNTANT II | 7/29/1994 | | | | | |
| | 56 | PROCESS ASSOC I | 7/29/1994 | | | | | |
| | 36 | AREA COORD III | 7/29/1994 | | | | | |
| | 40 | MFG TECH III | 7/29/1994 | | | | | |
| | 60 | DIST ASSOC II | 7/29/1994 | | | | | |
| | 36 | MFG TECH III | 7/29/1994 | | | | | |
| | 51 | DIST ASSOC II | 7/29/1994 | | | | | |
| | 42 | MFG TECH III | 7/29/1994 | | | | | |
| | 46 | PROCESS ASSOC I | 7/29/1994 | | | | | |
| | 58 | SECRETARY II | 7/29/1994 | | | | | |
| | 46 | ASSEMBLY ASSOC II | 7/29/1994 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 7/29/1994 | | | | | |
| | 40 | ENG PRODUCTION III | 7/29/1994 | | | | | |
| | 42 | MFG TECH III | 7/29/1994 | | | | | |
| | 49 | DIST ASSOC I | 7/29/1994 | | | | | |
| | 51 | ASSEMBLY ASSOC II | 7/29/1994 | | | | | |
| | 30 | SECRETARY III | 7/29/1994 | | | | | |
| | 47 | MIS BUS ANALYST II | 7/29/1994 | | | | | |
| | 54 | DIST ASSOC I | 7/29/1994 | | | | | |
| | 58 | ENG QUALITY IV | 7/29/1994 | | | | | |
| | 49 | DIST ASSOC II | 7/29/1994 | | | | | |
| | 30 | MFG TECH II | 7/29/1994 | | | | | |
| | 52 | ASSEMBLY ASSOC II | 8/8/1994 | | | | | |
| | 54 | PROGRAM MANAGER III | 8/15/1994 | | | | | |
| | 35 | MFG MGR III | 8/22/1994 | | | | | |
| | 55 | PROCESS ASSOC I | 9/26/1994 | | | | | |
| | 43 | SECURITY OFFICER III | 12/16/1994 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |
| | 57 | FIN PLNG ANALYST II | 12/16/1994 | | | | | |
| | 38 | MFG TECH III | 12/16/1994 | | | | | |
| | 26 | MMP | 12/16/1994 | | | | | |
| | 42 | SECURITY OFFICER I | 12/16/1994 | | | | | |
| | 57 | FORECAST/SCHED II | 12/16/1994 | | | | | |
| | 46 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |
| | 57 | MFG TECH III | 12/16/1994 | | | | | |
| | 55 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |
| | 55 | PROCESS ASSOC I | 12/16/1994 | | | | | |
| | 50 | PROCESS ASSOC II | 12/16/1994 | | | | | |
| | 46 | MFG TECH II | 12/16/1994 | | | | | |
| | 28 | ACCOUNTANT I | 12/16/1994 | | | | | |
| | 46 | ASSEMBLY ASSOC III | 12/16/1994 | | | | | |
| | 48 | MFG TECH III | 12/16/1994 | | | | | |
| | 28 | PROGRAM MANAGER II | 12/16/1994 | | | | | |
| | 58 | MFG MATERIALS III | 12/16/1994 | | | | | |
| | 48 | MFG TECH III | 12/16/1994 | | | | | |
| | 56 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |
| | 55 | MFG TECH III | 12/16/1994 | | | | | |
| | 44 | MFG TECH II | 12/16/1994 | | | | | |
| | 56 | MFG MATERIALS II | 12/16/1994 | | | | | |
| | 59 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |

| NAME | Age as of Notif | JOB TITLE | NOTIFICATION DATE | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 48 | SECRETARY III | 12/16/1994 | | | REDACTED | | |
| | 51 | PROGRAM MANAGER II | 12/16/1994 | | | | | |
| | 45 | FORECAST/SCHED III | 12/16/1994 | | | | | |
| | 56 | MFG MATERIALS II | 12/16/1994 | | | | | |
| | 29 | SECRETARY II | 12/16/1994 | | | | | |
| | 34 | MFG TECH II | 12/16/1994 | | | | | |
| | 23 | MMP | 12/16/1994 | | | | | |
| | 51 | SECURITY OFFICER I | 12/16/1994 | | | | | |
| | 49 | SALES DIRECTOR - LMO | 12/16/1994 | | | | | |
| | 50 | DIST ASSOC II | 12/16/1994 | | | | | |
| | 51 | ASSEMBLY ASSOC I | 12/16/1994 | | | | | |
| | 57 | MFG TECH III | 12/16/1994 | | | | | |
| | 52 | ASSEMBLY ASSOC II | 12/16/1994 | | | | | |
| | 54 | FIELD ENGINEER II | 1/9/1995 | | | | | |
| | 52 | MFG MGR III | 4/3/1995 | | | | | |

| NAME | Age as of Notif | JOB TITLE | NOTIFICATION DATE | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| | 35 | AREA COORD III | 8/14/1995 | | | | | |
| | 38 | MFG TECH II | 9/11/1995 | | | | | |
| | 57 | PROCESS ASSOC I | 9/11/1995 | | | | | |
| | 54 | ASSEMBLY ASSOC II | 9/11/1995 | | | | | |
| | 58 | ASSEMBLY ASSOC III | 9/11/1995 | | | | | |
| | 57 | ASSEMBLY ASSOC II | 9/11/1995 | | | | | |
| | 35 | ASSEMBLY ASSOC III | 9/11/1995 | | | | | |
| | 58 | ASSEMBLY ASSOC II | 9/11/1995 | | | | | |
| | 60 | ASSEMBLY ASSOC II | 9/11/1995 | | | | | |
| | 38 | MFG TECH III | 9/11/1995 | | | | | |
| | 47 | ASSEMBLY ASSOC III | 9/11/1995 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 9/11/1995 | | | | | |
| | 53 | PROCESS ASSOC II | 9/11/1995 | | | | | |
| | 59 | MFG MATERIALS II | 9/15/1995 | | | | | |
| | 53 | MFG MGR II | 10/9/1995 | | | | | |
| | 57 | MFG TECH II | 11/1/1995 | | | | | |
| | 46 | MFG TECH III | 11/6/1995 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 11/6/1995 | | | | | |
| | 56 | ASSEMBLY ASSOC II | 11/6/1995 | | | | | |
| | 47 | MAINTENANCE TECH I | 11/6/1995 | | | | | |
| | 54 | ASSEMBLY ASSOC II | 11/6/1995 | | | | | |
| | 47 | MFG TECH III | 11/6/1995 | | | | | |
| | 51 | ASSEMBLY ASSOC II | 11/6/1995 | REDACTED | | | REDACTED | |
| | 47 | ASSEMBLY ASSOC III | 11/6/1995 | | | | | |
| | 51 | ASSEMBLY ASSOC III | 12/1/1995 | | | | | |
| | 52 | ASSEMBLY ASSOC II | 12/1/1995 | | | | | |
| REDACTED | 46 | FORECAST/SCHED II | 12/1/1995 | | | | | |
| | 56 | MAINT 7 CALIB MECHANIC | 12/1/1995 | | | | | |
| | 46 | MFG TECH III | 12/1/1995 | | | | | |
| | 54 | ASSEMBLY ASSOC II | 12/1/1995 | | | | | |
| | 48 | MFG TECH III | 12/1/1995 | | | | | |
| | 50 | ASSEMBLY ASSOC III | 12/1/1995 | | | | | |
| | 48 | ASSEMBLY ASSOC II | 12/1/1995 | | | | | |
| | 51 | SECURITY OFFICER II | 12/1/1995 | | | | | |
| | 44 | AREA COORD II | 12/1/1995 | | | | | |
| | 51 | MFG TECH III | 12/1/1995 | | | | | |
| | 47 | ASSEMBLY ASSOC III | 12/1/1995 | | | | | |
| | 36 | MFG TECH III | 12/1/1995 | | | | | |
| | 50 | ASSEMBLY ASSOC III | 12/1/1995 | | | | | |
| | 28 | SECURITY OFFICER I | 12/1/1995 | | | | | |
| | 36 | MFG MGR II | 12/1/1995 | | | | | |
| | 39 | SECRETARY III | 12/1/1995 | | | | | |
| | 61 | MECHANICAL ASSEMBLER | 12/1/1995 | | | | | |
| | 49 | DIST ASSOC II | 12/1/1995 | | | | | |
| | 48 | SECURITY OFFICER I | 12/1/1995 | | | | | |
| | 36 | SECURITY OFFICER II | 12/1/1995 | | | | | |
| | 48 | MFG MATERIALS III | 12/1/1995 | | | | | |
| | 50 | AREA COORD III | 12/1/1995 | | | | | |
| | 37 | Area Coordinator II | 12/1/1995 | | | | | |
| | 46 | MFG TECH III | 12/1/1995 | | | | | |
| | 51 | PROCESS ASSOC II | 12/1/1995 | | | | | |
| | 50 | PROCESS ASSOC I | 12/1/1995 | | | | | |