# EXHIBIT B

# Description of Eligibility Factors, Decisional Unit and Corresponding Demographic Data

This workforce reduction was necessary in order for Bull to reduce salary, general and administrative (SG&A) costs. All employees in the decisional unit(s) affected by this workforce reduction are eligible for (i.e., may be subject to) layoff. Severance pay eligibility is governed by Bull's Severance Pay Plan (the "Plan") and its corresponding Summary Plan Description (SPD).

1.  The following is a description of the class, unit or group of employees covered by the Plan which Bull has offered Employee:

|  |  |
|---|---|
| Organization Name: | Manufacturing |
| Decisional Unit Name: | Manufacturing |
| Notification Date: | December 16, 1994 |

2.  The following employees, in this decisional unit, are affected by this workforce reduction (although some may not be eligible for participation in the Plan):

| Title | Age |
|---|---|
| FP & A II | 57 |
| MFG MATERIALS III | 70 |
| MFG MATERIALS II | 51 |
| ASSEMBLY ASSOCIATE II | 59 |
| PROCESS ASSOC I | 55 |
| ASSEMBLY ASSOC I | 51 |
| MFG TECH III | 57 |
| AREA COORD II | 60 |
| ASSEMBLY ASSOCIATE II | 56 |
| ASSEMBLY ASSOC II | 55 |
| ASSEMBLY ASSOC II | 46 |
| DIST ASSOC II | 50 |
| MFG TECH III | 57 |
| FORECAST/SCHED III | 47 |
| PROCESS ASSOC II | 50 |
| COMPUTER ENG II | 52 |
| MFG TECH II | 49 |

BULL/SB 0846

1

2.  The following employees, in this decisional unit, are affected by this workforce reduction (although some may not be eligible for participation in the Plan): (Continued)

| Title | Age |
|-------|-----|
| ASSEMBLY ASSOC II | 48 |
| ASSEMBLY ASSOC III | 46 |
| MFG MGR III | 58 |
| MFG MATERIALS I | 47 |
| FORECAST/SCHED III | 45 |
| SECURITY OFFICER III | 43 |
| FINANCE MANAGER II | 50 |
| MFG TECH III | 48 |
| MFG TECH III | 48 |
| MFG MATERIALS II | 56 |
| PROGRAM MANAGER II | 51 |
| MFG TECH III | 38 |
| MFG TECH II | 46 |
| SECRETARY III | 47 |
| MFG MATERIALS II | 56 |
| FORECAST/SCHEDULER II | 57 |
| MFG MANAGER III | 55 |
| MFG TECH II | 44 |
| ASSEMBLY ASSOC II | 52 |
| ENG ENVIRON III | 49 |
| ACCOUNTANT I | 29 |
| SECRETARY III | 48 |
| PROGRAM MANAGER II | 28 |
| SECURITY OFFICER I | 42 |
| MFG TECH III | 55 |
| PROGRAM MANAGER II | 25 |
| SECURITY OFFICER I | 51 |
| MFG MATERIALS III | 58 |
| MFG TECH III | 34 |
| ENG QUALITY II | 32 |
| QUALITY MGMT CONSLT | 56 |
| TECH SERVICES II | 55 |
| SECRETARY II | 29 |

3.  The following employees, in this decisional unit, are not affected by this workforce reduction:

| Title | Age |
|---|---|
| FIN PLNG ANALYST III | 55 |
| MFG MGR I | 55 |
| PROCESS ASSOC II | 54 |
| PROCUREMENT SRVC DIR | 60 |
| FORECAST/SCHED III | 53 |
| PROCESS ASSOC I | 61 |
| PROCESS ASSOC II | 63 |
| MFG MGR III | 53 |
| ENG QUALITY II | 58 |
| ENG TEST IV | 55 |
| ENG QUALITY III | 59 |
| MFG MGR III | 59 |
| DRIVER I | 54 |
| PROCESS ASSOC II | 55 |
| AREA COORD II | 52 |
| MFG TECH II | 52 |
| ASSEMBLY ASSOC II | 51 |
| ASSEMBLY ASSOC II | 55 |
| PROCESS LEADER | 52 |
| PROCESS ASSOC II | 52 |
| ASSEMBLY ASSOC II | 51 |
| DIST ASSOC II | 53 |
| MFG TECH II | 50 |
| ASSEMBLY ASSOC II | 46 |
| ASSEMBLY ASSOC II | 54 |
| ASSEMBLY ASSOC II | 53 |
| PROCESS ASSOC II-N | 51 |
| MFG TECH II | 60 |
| MFG MATERIALS II | 53 |
| ASSEMBLY ASSOC III | 54 |
| ACCOUNTANT IV | 52 |
| UNKNOWN JOB CODE | 51 |
| ENG TEST III | 53 |
| UNCLASSIFIED EXEMPT | 53 |
| FIN PLNG ANALYST II | 57 |
| NEW PROD & TECH DIR | 58 |
| MFG MGR I | 51 |
| ASSEMBLY ASSOC II | 53 |
| PROGRAM MANAGER III | 54 |
| ASSEMBLY ASSOC II | 55 |
| MFG TECH III | 53 |
| PROCESS ASSOC II | 56 |

BULL/SB 0848

3

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|-------|-----|
| MFG MGR II | 52 |
| PROCESS ASSOC I | 53 |
| DIST ASSOC II | 50 |
| PROGRAM MANAGER III | 51 |
| MFG MGR I | 49 |
| PROCESS ASSOC II | 61 |
| DIST ASSOC II | 54 |
| MFG MGR III | 50 |
| ENG TEST IV | 55 |
| DRIVER I | 58 |
| PROCESS ASSOC II | 53 |
| MFG TECH II | 50 |
| MFG MATERIALS III | 49 |
| PROCESS ASSOC III | 51 |
| PROCESS ASSOC III | 61 |
| MFG MGR III | 57 |
| LOCATION DIR LAW FAC | 55 |
| ENG TEST II | 50 |
| MFG MATERIALS II | 46 |
| ASSEMBLY ASSOC II | 44 |
| ASSEMBLY ASSOC I | 60 |
| ASSEMBLY ASSOC II-N | 53 |
| PROCESS ASSOC I | 48 |
| DIST ASSOC I | 56 |
| PROCESS ASSOC I | 44 |
| PROCESS ASSOC II | 52 |
| PROCESS ASSOC I | 49 |
| ASSEMBLY ASSOC I | 56 |
| PROCESS ASSOC I | 56 |
| ASSEMBLY ASSOC I | 48 |
| DIST ASSOC I | 45 |
| PROCESS ASSOC I | 55 |
| ASSEMBLY ASSOC II | 43 |
| MFG MGR I | 50 |
| PROCESS ASSOC II | 53 |
| ENG TEST III | 49 |
| ACCOUNTANT III | 57 |
| ASSEMBLY ASSOC III | 49 |
| ASSEMBLY ASSOC III | 52 |
| ASSEMBLY ASSOC II | 50 |
| MFG MATERIALS II | 52 |
| AREA COORD III | 53 |

BULL/SB 0849

3.   The following employees, in this decisional unit, are not affected by this
     workforce reduction: (Continued)

| Title | Age |
|---|---|
| ASSEMBLY ASSOC II | 53 |
| MFG TECH III | 51 |
| MFG TECH III | 52 |
| ASSEMBLY ASSOC II | 49 |
| ENG PRODUCTION II | 50 |
| ASSEMBLY ASSOC II | 47 |
| ENG QUALITY III | 59 |
| MFG TECH II | 52 |
| AREA COORD II | 48 |
| MFG TECH II | 48 |
| MFG TECH II | 54 |
| ASSEMBLY ASSOC III | 46 |
| ASSEMBLY ASSOC III | 46 |
| PROCESS ASSOC II | 50 |
| ASSEMBLY ASSOC II | 47 |
| AREA COORD III | 48 |
| ASSEMBLY ASSOC II | 52 |
| ASSEMBLY ASSOC II | 50 |
| ASSEMBLY ASSOC II | 50 |
| ASSEMBLY ASSOC II | 55 |
| ASSEMBLY ASSOC II | 49 |
| ASSEMBLY ASSOC II | 57 |
| PROCESS ASSOC I | 52 |
| MFG MATERIALS III | 47 |
| MFG TECH II | 51 |
| ENG QUALITY III | 50 |
| ASSEMBLY ASSOC II | 50 |
| PROCESS ASSOC I | 56 |
| ENG TEST III | 47 |
| MFG TECH III | 39 |
| SECRETARY III | 51 |
| FINANCE MANAGER IV | 52 |
| ACCOUNTANT II | 47 |
| FINANCE ASSOC II | 46 |
| FINANCE MANAGER IV | 34 |
| PROCESS ASSOC II | 50 |
| MFG TECH II | 51 |
| ACCOUNTANT II | 49 |
| DIST ASSOC II | 49 |
| COMPUTER ENG II | 46 |
| ENG TEST IV | 54 |
| MFG MGR II | 47 |

BULL/SB 0850

5

3.  The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|-------|-----|
| PROCESS ASSOC II | 49 |
| PROCESS ASSOC I | 52 |
| PROCESS ASSOC II | 47 |
| ENG PRODUCTION IV | 51 |
| PROCESS ASSOC II-N | 46 |
| PROCESS ASSOC II | 52 |
| MFG TECH II | 51 |
| SECRETARY III | 47 |
| MFG ADMIN DIRECTOR | 48 |
| PROCESS ASSOC I | 58 |
| PROCESS ASSOC II | 54 |
| PROCESS ASSOC III | 46 |
| MFG MGR I | 56 |
| MFG TECH II | 52 |
| MFG MGR II | 52 |
| PROCESS ASSOC I | 56 |
| PROCESS ASSOC I | 64 |
| MFG TECH III | 46 |
| PROCESS ASSOC II-N | 57 |
| PROCESS ASSOC I | 50 |
| ENG PRODUCTION II | 48 |
| ENG TEST IV | 50 |
| PROCESS ASSOC III | 50 |
| PROCESS ASSOC II-N | 46 |
| PROCESS ASSOC II | 45 |
| PROCESS ASSOC I | 55 |
| PROCESS ASSOC II-N | 53 |
| PROCESS ASSOC II | 45 |
| PROCESS ASSOC II | 48 |
| MFG MGR II | 47 |
| MFG TECH II | 49 |
| ENG PRODUCTION IV | 62 |
| PROCESS ASSOC I | 53 |
| COMPUTER ENG II | 46 |
| PROCESS ASSOC I | 54 |
| SECRETARY II | 43 |
| PROCESS ASSOC I | 44 |
| MFG MGR III | 50 |
| DIST ASSOC II | 48 |
| PROCESS ASSOC II | 64 |
| DIST ASSOC I | 45 |
| PROCESS ASSOC I | 53 |

BULL/SB 0851

3.  The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| ENG TEST III | 45 |
| DIST ASSOC I | 60 |
| PROCESS ASSOC I | 42 |
| PROCESS ASSOC I | 45 |
| ASSEMBLY ASSOC I | 42 |
| FORECAST/SCHED II | 51 |
| PROCESS ASSOC II | 50 |
| ASSEMBLY ASSOC II | 40 |
| DIST ASSOC II | 47 |
| MFG MATERIALS II | 44 |
| PROCESS ASSOC II | 56 |
| PROCESS ASSOC I | 56 |
| DIST ASSOC II | 65 |
| PROCESS ASSOC I | 58 |
| ASSEMBLY ASSOC II | 47 |
| ASSEMBLY ASSOC III | 52 |
| ASSEMBLY ASSOC II | 52 |
| ASSEMBLY ASSOC III | 47 |
| MFG TECH III | 50 |
| MFG TECH II | 51 |
| MFG TECH III | 47 |
| ENG INDUSTRIAL II | 61 |
| ASSEMBLY ASSOC II | 46 |
| DIST ASSOC II | 48 |
| ASSEMBLY ASSOC III | 48 |
| ASSEMBLY ASSOC III | 49 |
| DIST ASSOC II | 52 |
| ASSEMBLY ASSOC III | 45 |
| MFG MGR III | 52 |
| ASSEMBLY ASSOC II | 60 |
| ASSEMBLY ASSOC III | 47 |
| ASSEMBLY ASSOC II | 53 |
| ASSEMBLY ASSOC II | 51 |
| MFG TECH II | 49 |
| AREA COORD II | 51 |
| ASSEMBLY ASSOC III | 50 |
| ASSEMBLY ASSOC III | 59 |
| PROCESS ASSOC I | 61 |
| ASSEMBLY ASSOC II | 57 |
| MFG TECH III | 45 |
| ASSEMBLY ASSOC II | 48 |
| MFG TECH III | 49 |

BULL/SB 0852

7

3.  The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
| --- | --- |
| ENG PACKAGING III | 54 |
| MFG TECH III | 51 |
| FORECAST/SCHED III | 44 |
| AREA COORD II | 43 |
| ASSEMBLY ASSOC I | 52 |
| PROCESS ASSOC I | 48 |
| MFG TECH II | 57 |
| ASSEMBLY ASSOC II | 45 |
| ASSEMBLY ASSOC I | 46 |
| ENG TEST III | 50 |
| UNKNOWN JOB CODE | 57 |
| ENG TEST III | 51 |
| ACCOUNTANT I | 42 |
| FINANCE MANAGER I | 48 |
| MIS BUS ANALYST II | 40 |
| ASSEMBLY ASSOC I | 43 |
| MFG MATERIALS III | 44 |
| MFG TECH III | 48 |
| DIST ASSOC I | 52 |
| PROCESS ASSOC I | 55 |
| MFG TECH II | 47 |
| ASSEMBLY ASSOC I | 55 |
| PROCESS ASSOC I | 44 |
| MFG TECH III | 47 |
| DIST ASSOC I | 59 |
| PROCESS ASSOC I | 41 |
| PROCESS ASSOC I | 60 |
| ASSEMBLY ASSOC I | 40 |
| MFG TECH II | 41 |
| PROCESS ASSOC I | 53 |
| MFG MATERIALS II | 47 |
| ASSEMBLY ASSOC II | 40 |
| PROCESS ASSOC II | 56 |
| MFG MGR II | 44 |
| MFG MGR III | 49 |
| PROCESS ASSOC I | 44 |
| ENG TEST III | 49 |
| PROCESS ASSOC II | 53 |
| PROCESS ASSOC I | 55 |
| ASSEMBLY ASSOC I | 62 |
| MFG MGR II | 49 |
| ASSEMBLY ASSOC I | 49 |

BULL/SB 0853

8

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| SECRETARY III | 40 |
| DIST ASSOC I | 40 |
| BUS PLNG ADVISOR | 54 |
| MFG MATERIALS II | 58 |
| PROCESS ASSOC I | 47 |
| PROCESS ASSOC II | 53 |
| DIST ASSOC II | 37 |
| PROCESS ASSOC I | 43 |
| MFG TECH II | 37 |
| MFG TECH II | 50 |
| MFG MATERIALS III | 46 |
| PROCESS ASSOC II | 46 |
| DIST ASSOC II | 53 |
| MFG TECH II | 40 |
| PROCESS ASSOC I | 58 |
| ENG QUALITY III | 44 |
| ENG TECHNOLOGY III | 42 |
| MFG TECH II | 56 |
| MFG TECH II | 51 |
| DIST ASSOC II | 43 |
| ENG TEST II | 47 |
| DIST ASSOC I | 41 |
| PROCESS ASSOC I | 39 |
| PROCESS ASSOC II | 48 |
| ENG PRODUCTION IV | 46 |
| MFG MATERIALS II | 45 |
| PROCESS ASSOC III-N | 39 |
| PROCESS ASSOC II | 37 |
| PROCESS ASSOC II | 43 |
| PROCESS ASSOC I | 42 |
| PROCESS ASSOC III | 41 |
| PROCESS ASSOC I | 47 |
| MFG TECH III | 41 |
| ENG TEST III | 47 |
| PROCESS ASSOC I | 64 |
| MFG TECH III | 52 |
| MFG TECH II | 43 |
| ASSEMBLY ASSOC II | 43 |
| PROCESS ASSOC I | 51 |
| DIST ASSOC I | 46 |
| MFG MATERIALS III | 40 |
| ASSEMBLY ASSOC II-N | 35 |

BULL/SB 0854

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|-------|-----|
| MFG TECH II | 42 |
| ENG CHEMICAL III | 56 |
| ENG PRODUCTION IV | 52 |
| PROCESS ASSOC I | 57 |
| PROCESS ASSOC II | 50 |
| MFG MATERIALS II | 37 |
| MFG MGR II | 54 |
| SECRETARY III | 38 |
| MFG MGR III | 35 |
| DIST ASSOC I | 51 |
| SECRETARY II | 55 |
| PROCESS ASSOC I | 35 |
| PROCESS ASSOC I | 56 |
| PROCESS ASSOC I | 55 |
| ASSEMBLY ASSOC III | 57 |
| MFG MGR II | 38 |
| MFG MATERIALS III | 39 |
| PROCESS ASSOC II-N | 44 |
| PROCESS ASSOC I | 65 |
| PROCESS ASSOC I | 61 |
| PROCESS ASSOC II | 34 |
| MFG TECH I | 55 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 35 |
| PROCESS ASSOC I | 35 |
| PROCESS ASSOC II | 54 |
| ACCOUNTANT II | 45 |
| PROGRAM MANAGER III | 39 |
| MFG MATERIALS III | 48 |
| ENG PRODUCTION III | 52 |
| MFG TECH II | 37 |
| DRIVER II | 44 |
| DRIVER II | 42 |
| DIRECTOR CORP MATERIALS | 43 |
| PROCESS ASSOC I | 50 |
| PROCESS ASSOC I | 38 |
| PROCESS ASSOC II | 50 |
| PROCESS ASSOC I | 49 |
| AREA COORD II | 36 |
| PROCESS ASSOC I | 53 |
| PROCESS ASSOC I | 42 |
| ENG INDUSTRIAL III | 37 |

3.  The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| MFG TECH III | 45 |
| PROCESS ASSOC I | 45 |
| PROCESS ASSOC II | 50 |
| PROCESS ASSOC II | 37 |
| PROCESS ASSOC I | 57 |
| MFG TECH II | 45 |
| PROCESS ASSOC II | 51 |
| PROCESS ASSOC I | 53 |
| MFG TECH III | 37 |
| PROCESS ASSOC II | 44 |
| PROCESS ASSOC II | 53 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC II | 40 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC I | 55 |
| PROCESS ASSOC II | 44 |
| PROCESS ASSOC I | 36 |
| PROCESS ASSOC II | 55 |
| PROCESS ASSOC II | 41 |
| MFG TECH I | 48 |
| MFG TECH II | 48 |
| PROCESS ASSOC II | 64 |
| DIST ASSOC II | 48 |
| PROCESS ASSOC I | 60 |
| PROCESS ASSOC I | 43 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC I | 57 |
| PROCESS ASSOC II | 50 |
| MFG TRAINING ADMIN | 43 |
| PROCESS ASSOC I | 36 |
| MFG TECH II | 41 |
| MFG MATERIALS I | 35 |
| PROCESS ASSOC II-N | 57 |
| MFG TECH III | 39 |
| PROCESS ASSOC II | 41 |
| PROCESS ASSOC I | 45 |
| MFG MGR III | 44 |
| MFG TECH III | 45 |
| ENG TEST II | 36 |
| PROCESS ASSOC III-N | 40 |
| PROCESS ASSOC I | 62 |
| PROCESS ASSOC I | 46 |

BULL/SB 0856

11

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| MFG MATERIALS III | 38 |
| PROCESS ASSOC I | 54 |
| ENVIRON OPERATOR I | 39 |
| PROCESS ASSOC I | 61 |
| MFG TECH II | 37 |
| ENG INDUSTRIAL IV | 36 |
| MFG TECH II | 37 |
| ENG TEST II | 41 |
| MFG MATERIALS III | 57 |
| MFG TECH II | 50 |
| PROCESS ASSOC II | 39 |
| PROCESS ASSOC II | 55 |
| MFG TECH II | 35 |
| PROCESS ASSOC I | 37 |
| PROCESS ASSOC I | 57 |
| PROCESS ASSOC I | 54 |
| PROCESS ASSOC II-N | 39 |
| PROCESS ASSOC I | 47 |
| PROCESS ASSOC I | 48 |
| MFG MGR I | 35 |
| PROCESS ASSOC II | 37 |
| MFG TECH II | 40 |
| PROCESS ASSOC I | 42 |
| DIST ASSOC II | 35 |
| ACCOUNTANT III | 34 |
| PROCESS ASSOC II-N | 64 |
| MFG TECH III | 37 |
| PROCESS ASSOC III-N | 36 |
| MFG TECH III | 41 |
| ASSEMBLY ASSOC II-N | 38 |
| PROCESS ASSOC II-N | 67 |
| PROCESS ASSOC I | 52 |
| AREA COORD I | 38 |
| PROCESS ASSOC II-N | 35 |
| MFG TECH II | 41 |
| MFG TECH III | 41 |
| MFG TECH II | 36 |
| MFG TECH III | 47 |
| PROCESS ASSOC II | 41 |
| PROCESS ASSOC I | 48 |
| PROCESS ASSOC II | 44 |
| PROCESS ASSOC II-N | 47 |

3.  The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| ENG TEST II | 35 |
| MFG TECH III | 37 |
| FORECAST/SCHED II | 46 |
| ENG INDUSTRIAL II | 35 |
| PROCESS ASSOC I | 33 |
| PROCESS ASSOC I | 39 |
| MFG TECH III | 43 |
| PROCESS ASSOC II | 35 |
| MFG TECH I | 52 |
| MFG TECH I | 39 |
| PROCESS ASSOC II | 35 |
| PROCESS ASSOC I | 51 |
| PROCESS ASSOC III-N | 37 |
| MFG MATERIALS II | 36 |
| AREA COORD II | 38 |
| PROCESS ASSOC I | 43 |
| PROCESS ASSOC II | 36 |
| PROCESS ASSOC I | 37 |
| MFG MATERIALS II | 46 |
| DIST ASSOC II | 49 |
| MFG MATERIALS II | 43 |
| ENG CHEMICAL II | 55 |
| PROCESS ASSOC II | 51 |
| PROCESS ASSOC I | 56 |
| PROCESS ASSOC I-N | 56 |
| PROCESS ASSOC I | 36 |
| PROCESS ASSOC I | 60 |
| MFG MGR II | 33 |
| PROCESS ASSOC II | 38 |
| PROCESS ASSOC I | 39 |
| PROCESS ASSOC I | 44 |
| PROCESS ASSOC II | 35 |
| MFG TECH II | 40 |
| PROCESS ASSOC II | 42 |
| PROCESS ASSOC II | 40 |
| PROCESS ASSOC II-N | 39 |
| MFG TECH II | 38 |
| PROCESS ASSOC II-N | 39 |
| PROCESS ASSOC II | 34 |
| PROCESS ASSOC I | 52 |
| PROCESS ASSOC I | 39 |
| PROCESS ASSOC I | 35 |

BULL/SB 0858

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| ENG QUALITY IV | 41 |
| PROCESS ASSOC I | 39 |
| PROCESS ASSOC II-N | 44 |
| PROCESS ASSOC I | 45 |
| PROCESS ASSOC I | 52 |
| PROCESS ASSOC II | 38 |
| PROCESS ASSOC I | 33 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 61 |
| PROCESS ASSOC I | 38 |
| MFG TECH II | 44 |
| PROCESS ASSOC I | 55 |
| PROCESS ASSOC I | 58 |
| PROCESS ASSOC II-N | 34 |
| MFG MATERIALS II | 41 |
| ENG PRODUCTION III | 38 |
| MFG TECH III | 34 |
| PROCESS ASSOC I | 54 |
| PROCESS ASSOC II | 55 |
| ENG TEST II | 37 |
| PROCESS ASSOC I | 43 |
| PROCESS ASSOC I | 44 |
| MFG TECH III | 52 |
| MFG TECH III | 50 |
| MFG TECH I | 45 |
| PROCESS ASSOC II-N | 35 |
| MFG TECH I | 46 |
| PROCESS ASSOC I | 59 |
| PROCESS ASSOC I | 57 |
| PROCESS ASSOC I | 36 |
| MFG TECH III | 42 |
| PROCESS ASSOC I | 46 |
| MFG TECH III | 35 |
| PROCESS ASSOC I | 53 |
| MFG TECH I | 35 |
| MFG TECH II | 42 |
| PROCESS ASSOC I | 47 |
| MFG MATERIALS II | 37 |
| PROCESS ASSOC I | 42 |
| MFG MATERIALS III | 38 |
| MFG MGR II | 39 |
| MFG TECH III | 37 |

BULL/SB 0859

14

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC I | 41 |
| MFG TECH II | 38 |
| MFG TECH II | 63 |
| PROCESS ASSOC III | 42 |
| MFG TECH II | 34 |
| MFG TECH II | 48 |
| PROCESS ASSOC I | 60 |
| ENG TECHNOLOGY IV | 60 |
| PROCESS ASSOC II | 48 |
| PROGRAM MANAGER II | 35 |
| MFG TECH III | 45 |
| AREA COORD III | 34 |
| ASSEMBLY ASSOC III | 35 |
| PROCESS ASSOC I | 43 |
| MFG TECH III | 47 |
| MFG TECH II | 57 |
| MFG TECH I | 42 |
| PROCESS ASSOC I | 37 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC II | 38 |
| MFG TECH I | 41 |
| PROCESS ASSOC I | 55 |
| MFG TECH I | 38 |
| MFG TECH II | 41 |
| PROCESS ASSOC II | 39 |
| PROCESS ASSOC I | 54 |
| MFG TECH II | 34 |
| MFG TECH II | 34 |
| MFG TECH II | 38 |
| MFG TECH II | 35 |
| MFG TECH II | 36 |
| MIS BUS ANALYST III | 40 |
| ENG INDUSTRIAL IV | 42 |
| MFG TECH II | 42 |
| ACCOUNTANT II | 35 |
| ENG TECHNOLOGY IV | 63 |
| HR DIR MANUFACTURING | 46 |
| ACCOUNTANT II | 34 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC I | 53 |
| PROCESS ASSOC II | 63 |
| SECRETARY II | 29 |

BULL/SB 0860

15

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC I | 33 |
| PROCESS ASSOC I | 62 |
| UNKNOWN JOB CODE | 39 |
| ENG QUALITY II | 32 |
| MFG TECH II | 34 |
| PROCESS ASSOC III-N | 34 |
| PROCESS ASSOC II | 49 |
| PROCESS ASSOC I | 62 |
| ACCOUNTANT II | 61 |
| MFG MATERIALS III | 51 |
| ENG TECHNOLOGY IV | 60 |
| PROCESS ASSOC I | 57 |
| ENG PRODUCTION III | 58 |
| ENG TEST III | 51 |
| AREA COORD III | 49 |
| MFG TECH III | 54 |
| MFG MATERIALS II | 48 |
| FINANCE MANAGER IV | 56 |
| ENG PRODUCTION IV | 49 |
| FORECAST/SCHED II | 54 |
| MFG TECH III | 52 |
| ENG TEST III | 55 |
| MFG TECH III | 54 |
| ENG TEST II | 48 |
| ACCOUNTANT II | 55 |
| PROCESS ASSOC II | 49 |
| MFG TECH II | 46 |
| PROCESS ASSOC II | 52 |
| ENG TECHNOLOGY III | 54 |
| MFG TECH III | 35 |
| MFG TECH III | 41 |
| MFG TECH III | 35 |
| SECRETARY IV | 55 |
| MFG TECH II | 56 |
| MFG TECH II | 63 |
| MFG TECH II | 58 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 30 |
| MIS BUS ANALYST III | 39 |
| ACCOUNTANT I | 40 |
| MFG MGR II | 48 |
| PROCESS ASSOC II-N | 38 |

BULL/SB 0861

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC II | 48 |
| PROCESS ASSOC II | 54 |
| MFG TECH III | 31 |
| PROCESS ASSOC II | 60 |
| MFG MATERIALS III | 50 |
| MFG TECH III | 30 |
| MFG TECH II | 36 |
| ENG PRODUCTION II | 38 |
| MFG TECH II | 26 |
| MFG MGR II | 30 |
| MFG TECH II | 25 |
| ENG PRODUCTION III | 29 |
| MFG MGR II | 31 |
| FIN PLNG ANALYST III | 32 |
| MFG TECH II | 30 |
| ENG QUALITY III | 29 |
| PROCESS ASSOC II-N | 36 |
| MFG TECH I | 39 |
| PROCESS ASSOC I | 27 |
| PROCESS ASSOC I | 40 |
| ENG PRODUCTION II | 32 |
| MFG TECH III | 45 |
| PROCESS ASSOC I | 60 |
| PROCESS ASSOC I | 38 |
| PROCESS ASSOC II | 26 |
| PROCESS ASSOC I | 42 |
| PROCESS ASSOC I | 40 |
| MFG TECH I | 32 |
| PROCESS ASSOC II | 44 |
| MFG TECH II | 47 |
| MFG TECH II | 33 |
| ENG PRODUCTION II | 31 |
| MFG TECH II | 42 |
| MFG TECH II | 33 |
| MFG TECH I | 40 |
| SECRETARY III | 38 |
| PROCESS ASSOC I | 49 |
| FINANCE ASSOC III | 46 |
| ENG TEST III | 50 |
| PROCESS ASSOC II-N | 30 |
| PROCESS ASSOC I | 35 |
| ENG PRODUCTION II | 61 |

BULL/SB 0862

17

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
| --- | --- |
| MFG TECH II | 29 |
| MFG TECH I | 40 |
| MFG TECH II | 45 |
| MFG TECH II | 35 |
| MFG TECH II | 35 |
| ACCOUNTANT II | 34 |
| MFG MGR II | 33 |
| ENG QUALITY II | 34 |
| ENG TECHNOLOGY III | 28 |
| MFG MGR I | 27 |
| MFG MATERIALS III | 39 |
| MFG TECH II | 31 |
| MFG TECH II | 31 |
| PROCESS ASSOC II-N | 53 |
| PROCESS ASSOC II-N | 34 |
| PROCESS ASSOC I | 56 |
| PROCESS ASSOC I | 26 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 35 |
| PROCESS ASSOC I | 53 |
| PROCESS ASSOC II | 28 |
| PROCESS ASSOC II | 40 |
| PROCESS ASSOC I | 40 |
| PROCESS ASSOC III-N | 31 |
| PROCESS ASSOC I | 37 |
| PROCESS ASSOC II-N | 55 |
| PROCESS ASSOC I | 38 |
| PROCESS ASSOC II-N | 40 |
| PROCESS ASSOC II | 35 |
| PROCESS ASSOC I | 54 |
| PROCESS ASSOC I | 36 |
| PROCESS ASSOC I | 41 |
| PROCESS ASSOC II | 31 |
| PROCESS ASSOC I | 25 |
| PROCESS ASSOC I | 28 |
| PROCESS ASSOC II | 26 |
| PROCESS ASSOC I | 23 |
| PROCESS ASSOC I | 30 |
| PROCESS ASSOC I | 56 |
| PROCESS ASSOC II | 34 |
| PROCESS ASSOC I | 39 |

BULL/SB 0863

18

3. The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC I | 30 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 31 |
| PROCESS ASSOC I | 22 |
| PROCESS ASSOC II | 38 |
| PROCESS ASSOC III-N | 42 |
| PROCESS ASSOC III-N | 36 |
| ENG PRODUCTION II | 29 |
| PROCESS ASSOC II | 28 |
| PROCESS ASSOC II-N | 36 |
| PROCESS ASSOC II | 23 |
| SECRETARY II | 49 |
| MFG MATERIALS II | 41 |
| ENVIRON OPERATOR II | 28 |
| PROGRAM MANAGER II | 32 |
| SECRETARY III | 34 |
| PROCESS ASSOC II | 26 |
| PROCESS ASSOC II | 28 |
| ENG ENVIRON III | 37 |
| ENG PRODUCTION II | 37 |
| ENG TECHNOLOGY II | 36 |
| PROCESS ASSOC I | 23 |
| PROCESS ASSOC III | 31 |
| PROCESS ASSOC II-N | 38 |
| PROCESS ASSOC III | 36 |
| MFG TECH II | 42 |
| ENVIRON OPERATOR II | 44 |
| PROCESS ASSOC II-N | 34 |
| PROCESS ASSOC II | 57 |
| PROGRAM MANAGER II | 32 |
| MFG MGR I | 27 |
| FORECAST/SCHED III | 53 |
| MFG TECH III | 45 |
| PROCESS ASSOC I | 52 |
| PROCESS ASSOC I | 54 |
| SECRETARY III | 52 |
| PROCESS ASSOC II-N | 41 |
| PROCESS ASSOC II-N | 34 |
| ENG PRODUCTION II | 29 |
| PROCESS ASSOC III-N | 30 |
| PROCESS ASSOC I | 23 |
| MFG MGR II | 51 |

BULL/SB 0864

3.    The following employees, in this decisional unit, are not affected by this workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC I | 48 |
| PROCESS ASSOC I | 33 |
| PROCESS ASSOC II-N | 28 |
| PROCESS ASSOC II-N | 35 |
| PROCESS ASSOC II | 37 |
| PROCESS ASSOC II | 48 |
| PROCESS ASSOC II-N | 39 |
| PROCESS ASSOC II | 36 |
| PROCESS ASSOC II-N | 30 |
| PROCESS ASSOC I | 32 |
| PROCESS ASSOC I | 30 |
| PROCESS ASSOC I | 41 |
| PROCESS ASSOC I | 47 |
| PROCESS ASSOC II-N | 47 |
| PROCESS ASSOC I | 43 |
| PROCESS ASSOC I | 47 |
| MFG TECH II | 31 |
| MFG TECH II | 39 |
| PROCESS ASSOC II-N | 39 |
| PROCESS ASSOC I | 28 |
| PROCESS ASSOC I | 36 |
| PROCESS ASSOC I | 46 |
| PROCESS ASSOC I | 26 |
| PROCESS ASSOC I | 44 |
| PROCESS ASSOC I | 38 |
| PROCESS ASSOC II-N | 26 |
| PROCESS ASSOC II-N | 31 |
| PROCESS ASSOC III-N | 32 |
| ENG PRODUCTION II | 34 |
| ENG PRODUCTION II | 24 |
| PROCESS ASSOC II-N | 25 |
| PROCESS ASSOC II-N | 42 |
| ENG PRODUCTION II | 28 |
| MFG MGR I | 40 |
| PROCESS ASSOC I | 42 |
| PROCESS ASSOC I | 45 |
| PROCESS ASSOC I | 24 |
| PROCESS ASSOC I | 48 |
| PROCESS ASSOC I | 34 |
| MFG TECH II | 51 |
| PROCESS ASSOC I | 43 |
| PROCESS ASSOC I | 36 |

BULL/SB 0865

3.    The following employees, in this decisional unit, are not affected by this
workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC II | 33 |
| PROCESS ASSOC I | 28 |
| PROCESS ASSOC I | 44 |
| PROCESS ASSOC II-N | 39 |
| PROCESS ASSOC I | 47 |
| PROCESS ASSOC I | 36 |
| PROCESS ASSOC II-N | 27 |
| MFG TECH II | 29 |
| MFG TECH II | 27 |
| PROCESS ASSOC I-N | 26 |
| PROCESS ASSOC I-N | 27 |
| MFG TECH II | 44 |
| MFG SYSTEMS DIRECTOR | 42 |
| PROCESS ASSOC II | 30 |
| PROCESS ASSOC I-N | 26 |
| MMP | 42 |
| PROCESS ASSOC I-N | 43 |
| MFG TECH II | 31 |
| MFG TECH II | 30 |
| PROCESS ASSOC I-N | 43 |
| PROCESS ASSOC I-N | 32 |
| PROCESS ASSOC I-N | 37 |
| PROCESS ASSOC I-N | 37 |
| PROCESS ASSOC I-N | 28 |
| PROCESS ASSOC I-N | 32 |
| PROCESS ASSOC I-N | 41 |
| PROCESS ASSOC I-N | 38 |
| PROCESS ASSOC II | 38 |
| PROCESS ASSOC I-N | 36 |
| PROCESS ASSOC I-N | 35 |
| PROCESS ASSOC I-N | 44 |
| PROCESS ASSOC I-N | 29 |
| ENG TECHNOLOGY III | 51 |
| MFG MATERIALS II | 32 |
| SECRETARY II | 28 |
| ENG PRODUCTION II | 26 |
| MMP | 24 |
| ENVIRON OPERATOR II | 33 |
| MFG MGR II | 35 |
| MFG TECH II | 30 |
| PROCESS ASSOC II-N | 26 |
| ENG ENVIRON IV | 32 |

3.    The following employees, in this decisional unit, are not affected by this
      workforce reduction: (Continued)

| Title | Age |
|---|---|
| PROCESS ASSOC II-N | 29 |
| MMP | 26 |
| DIRECTOR BRIGHTON FACIL | 54 |
| ENVIRON OPERATOR II | 41 |
| MMP | 23 |
| TEMPORARY EMP-EXEMPT | 43 |
| MFG TECH II | 32 |
| ENG PRODUCTION IV | 36 |
| MFG MGR I | 42 |
| MFG MGR I | 39 |
| SALES DIRECTOR - LMO | 49 |
| PROCESS ASSOC III | 43 |
| MFG MGR II | 41 |

BULL/SB 0867