## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Stephen Beckman**

Plaintiff

                                                                           CIVIL ACTION

         V.

                                                                            NO. 03-12567-NG

Bull HN Information Systems, Inc.,

Defendant

**SETTLEMENT ORDER OF DISMISSAL**

Gertner, D. J.

     The Court having been advised on August 9, 2005 that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                                                             By the Court,

| 8/10/05 | s/Maryellen Molloy |
|---|---|
| Date | Deputy Clerk |