<u>**Exhibit A**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN F. BECKMAN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION <br> ) NO. 03-12567-NG |
| BULL HN INFORMATION SYSTEMS INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**STIPULATION OF DISMISSAL**

The parties herein stipulate and agree that the above-entitled action shall be dismissed, with prejudice and without costs and all rights of appeal are waived.

Respectfully submitted

BULL HN INFORMATION SYSTEMS INC.

By its attorneys,

_____
Joan A. Lukey (BBO #307340)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

STEPHEN H. BECKMAN

By his attorneys,

_____
Mitchell J. Notis (BBO #374360)
370 Washington Street
Brookline, MA 02445
Tel: (617) 566-2700
Fax: (617) 566-6144

Dated: ~~August~~ September 7, 2005